Alex Pisani
Broad Channel, NY


June 5, 2018

Honorable Dora L. Irizarry
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     *United States v. Pisani*, 17-CR-155 (DLI)

Dear Judge Irizarry:

I am Rob Pisani's older brother and have been by his side since he was born. Most siblings could never be best friends and business partners and still love each other like we do. Not only are we partners but I have lived with him pretty much my whole life. Even though I am the older sibling, the past 20 years I feel that role has been reversed. Rob has taken care of our family and been a role model to me.

Rob was forced to grow up quickly. When my brother was about 13 years old, he overheard our mother on the phone with another man. He was crushed. He told my father and when my mother denied it, he felt hurt and betrayed.  He was bitter and angry for many years because of this.  A few years later, our father was diagnosed with cancer throughout his body and was given 6 months to live. This destroyed him even more. Before the diagnosis, our father was never really around. He worked odds and ends jobs when we were growing up and was big with playing the horses. He would joke and call himself the professional gambler. And as far as we knew, he was. He was never around. We grew up in a loveless home. Our parents never showed affection to each other, hugged, kissed or even held hands. They were 20 years apart and had nothing in common.

After the diagnosis, Rob and my dad became very close. It was the relationship Rob always wanted with his dad, but it was a little bit too late. Three years later, the cancer finally beat our father. He passed away March 6th, 1993. Before he was taken away from us, he and my brother would sit and talk in the hospital and he finally got my brother to forgive our mother for what she did. The day my father died my brother had left for a couple of hours to take a shower and he got the call that my father had passed without him by his side.

After we buried my dad, it was time for one of us to step up. Rob took on that role and put all of his feelings to the side. Not only did he forgive our mother, he vowed to take care of

her and has ever since. My brother started to work nights as a deejay. When we opened up our first store, he would be there all day and go straight to work all night. He has done his best since then to take care of his family.

To this day, Rob continues to be the one to take care of our family. When he moved to a new house with his wife and kids, he took my mother with him. I lived alone for a while but eventually moved in with them to help him take care of my mother and to be with our family. The best thing my brother ever did in his life was meet Jamie. Fourteen years ago when they met, I started to notice a difference in my brother. The anger and sadness started to disappear. And year after year I finally saw my little brother again before everything we went through. He fell in love and his wife Jamie has brought out in him the most loving, caring and happy man he deserves to be. His children adore him and I would never want them to be without him for not even a day. My brother always said to me, I will never be like daddy. I will be at all my kids games, functions, school meetings etc… All the things our father never attended or did. And until his arrest, my brother has kept that promise to his children. With everything going on all he cares about is how he didn't get to go to his daughter's first dance recital ever last July and he didn't witness his son's first touchdown in football.  It kills him inside. And for 5 years straight he has taken his son Rocco to every Yankees opening day since he was 1. They missed the last 2 years and that destroyed him as well as his son. I can go on and on about his dedication to his family.

Rob also has taken care of others with the same amount of love as he does with his family. As far back as I can remember my brother always helped others. When he was 17 years old he started to coach at Ozone Howard Little League with our uncle to get his mind off of things. He loved it so much he went on to manage the following year on his own and did so for over 5 years. To this day kids who he coached, who are now adults come up to him and thank him for caring so much about them. Rob continues to coach now in Broad Channel. He is starting again with his kids' teams and will influence them for the rest of their lives too.

After Hurricane Sandy, I watched my brother do it all as I was helpless at home with a back injury. When Sandy hit, me, our mother, our aunt and cousin were home as well as my brother, his wife Jamie and his son who was 3 and daughter who was 5 months old. The water rushed into our home destroying everything my mother and I owned. This was right after our mother had hip surgery and I just had 4 rods put into my back. My brother got everyone upstairs to safety and took control of everything. The following day he went to Broad Channel to check out the damage and came back in tears. I knew then that we lost everything. His restaurant, Bayview was in the water, our deli, All American, had 6ft of water in it and was destroyed and the bagel store, Rock and Roll, had 2 ft of water. He looked at me and said,  "Don't worry… I got this."  And I knew he did. He always did. Every day I would watch him leave at 7am and come back at 11pm. He did this for months. When I was finally able to go back to the stores, all I heard from everyone was how my brother was the neighborhood hero, helping everyone from giving out food from the deli that was saved from the storm to helping people rebuild their homes. All this help and we were the ones who needed it the most. But thats my brother's character. Always helping others first!

Since his arrest, I have been struggling to fill my brother's footsteps. I have struggled and this resulted in selling one of our stores because it was too much for me to handle. My brother is more of a business man than me. I have been bringing everything home for him to help me with. He still takes care of the scheduling, catering and ordering. I have a hard time now while he is home and a only a phone call away. I just can't imagine him not being here at all.

Rob may have made some bad decisions in his life, but he is a good person. I look up to my brother and don't know where I'd be without him.  I beg the court for leniency when sentencing my brother and I would also like to thank you for taking this time to consider my letter.

Respectfully,

Alex Pisani

Jamie Pisani
Broad Channel, New York

June 3rd, 2018

Honorable Dora L. Irizarry
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** _**United States v. Pisani, 17-CR-155 (DLI)**_

Dear Judge Irizarry:

They say everything happens for a reason. I was lucky enough to have parents that taught me this and other valuable lessons throughout my life that helped me become the moral and spiritual person I am today. Not all of us had this privilege and some of us have to learn these lessons the hard way. When I met my husband, Robert Pisani 14 years ago, although I could tell he was a good person and was taught to respect and help others, it was obvious he didn't have the same loving and supportive family structure as I did. But he was smart, loyal, ambitious, and I knew immediately he was part of my journey and we were meant to be together.

One of the first times we were together I was on the phone with my mother and when we hung up I said, "I love you." He couldn't believe I said it with such ease and commented that he had never told his mother he loved her…ever! Boy did I have a lot of work to do! But I quickly learned that when you love someone with all your heart, you awaken the love inside them and it can change everything.

We got married three years later and Rob told his mother he loved her that day. It was amazing to see how love could change someone and how sharing that love with others could begin to turn their lives around too. Rob began to realize what was important in life and as we grew as a family he wanted to better himself and our lives. We moved away from his old neighborhood and bad influences and we focused on each other, our two children, our parents and our siblings.  What a perfect story.  So we thought, until the past came back to haunt him.

Back to my opening statement… "Everything happens for a reason." Leading a spiritual life as a Yogi, a massage therapist and a teacher to young children, I have always lived by these words. It was easy to share this phrase with friends experiencing a death in the family, former employees going through tough times in a relationship, and when most needed, in the aftermath of Hurricane Sandy when trying to comfort neighbors and even my husband after we lost our home and businesses. In those instances I was either slightly removed from the situation, or it was only material losses that didn't threaten my family

unit. We stayed strong and got through it and realized in the end when good came out of it that everything does happen for a reason.

And then on March 28th, 2017 my husband was arrested and life as we knew it changed forever. For the first time I began to question what could be the "reason" for our family to have to go through this after he had already been working so hard to be a good and honest husband and father. But I came to learn that the year to follow would be one of the greatest blessings our family could ask for. That sounds strange considering the stress it has caused. There have been missed family events, uncelebrated anniversaries, tearful conversations with the kids, and many moments of fear and uncertainty. There were times I had to be both mother and father to my two young children and continue to hold my head up high through it all. But there were also amazing moments that have taught my husband and us as a family what life is really all about.

There was the weekend I was out of town and Rob got my five-year-old daughter, ready for the father-daughter dance. This may not seem like a big deal, but for him it was. Previously working around the clock, Rob never had time to run a brush through her hair, no less pick out an outfit, dress her and give her an up-do! I never saw such pride in his eyes as in the pictures from that day. In the days he has been home with her over this past year, a special, irreplaceable bond has been formed. And for this we are all grateful.

Then there was my son's first touchdown in football on his eighth birthday!  It broke Rob's heart not to be there in person, but as he watched on Facetime I could tell he was so proud that all the hours of practicing in the backyard together had paid off.  Even though he wasn't physically there, he had been there for him spending hours teaching him the game.

Moments like this have taught us that there is a plan. Sometimes you have to go through something incredibly tough to learn important life lessons. Rob has learned and grown so much over this past year.  Facing a tough situation he has shown his true colors. He has been a nurturing father. He has been a supportive and loving husband. Despite dealing with his own challenges, he has continued to be a good friend to so many who have come to him for help and advice.

Rob has realized that his actions affect more than just himself and he has asked for forgiveness for hurting his family. He has learned that making the right decision is the most important thing he can do for his family. He's learned who his real friends are and found out the hard way what is most important in life.

This morning as we sat in church as a family, (something we never did before this past year), I thanked God for this time we've had together this year and my confirmation that everything does happen for a reason. And I prayed that Rob's lesson has been learned and he can move forward, cleansed of his sins and with an open heart to share faith and love with everyone.

I know you must get many letters from wives and mothers and other family members asking to keep their loved ones with them. I get that. But I wish you knew Rob. I

wish you could see the amount of love and support he has from his family and all the people who love us. He has helped so many people in his life and would do anything for someone in need. I ask you for leniency in his sentencing. I ask you to keep him with his family to help teach his kids the important lessons he has learned. Thank you for taking the time to read this letter.

Respectfully,

Jamie Pisani

Alice Pisani
Broad Channel, NY

December 6, 2017

Honorable Dora L. Irizarry
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

Dear Judge Irizarry:

I am Robert Pisani's mother.  I am a retired hair stylist, having worked in this industry for over 30 years.  I now live with Robert and his family.

When Robert was 19 years old his father passed away after a long battle with cancer.  Robert immediately assumed the role as the head of the family and dropped out of college to get a job and help support his brother and me.  I don't know what I would have done without him.  My husband's death was devastating to all of us, but particularly to Robert as he was very close to his father.  Through the years he has always helped his family financially and with his love for us.

Living with Robert and his family I see a father who is totally committed to his wife and children.  They love and need him and Robert feels the same about them.  He has always worked hard to take care of his family.  He has brought his children up to appreciate what they have and to be thankful and have respect for everyone. He has done a wonderful job. I am very proud of him and his family.

I humbly request that you show leniency in your decision in this matter and I thank you for your attention and consideration.

Respectfully,

Alice Pisani

James M. Buttner
Howard Beach,NY

November 24, 2017

Honorable Dora L. Irizarry
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

Dear Judge Irizarry:

I am Rob Pisani's father-in-law. I am currently retired after being employed with the New York Stock Exchange for over 40 years.  I was a member and held a seat on the Exchange for the last 20 years of my career.

I have known Rob for 15 years and I am proud to have him as a son-in-law. My wife and I were thrilled when they decided to marry and are thankful every day that they have continued to love and respect each other and their families.  I see them very often and observe the interaction between my daughter and grandchildren and Rob and could not be more pleased. His children love him beyond words. He is never too busy to help them with homework, sports, and just always being there for them.   As a father, I was very critical of any man our daughters considered marrying. Rob consistently meets and exceeds my expectations.   He is a gentle, caring, generous person, always ready to offer his help and assistance when needed.  He has helped me in so many ways that I regard him more as a "son" than a "son-in-law".

Professionally, Rob is a successful business owner who donates his time and money to the community (Broad Channel).  He sponsors local team sports, supplying uniforms and whatever is necessary to help the local youth. He is adamant in his anti-drug policy, which applies to every one of his employees. He donates numerous breakfasts, lunches and dinners to every local organization that requests his help. I believe his generosity has touched almost every person in the community in some way -  whether through his businesses, sports sponsorship or personally.  He is respected and appreciated by so many.

Thank you for your consideration and for the opportunity to request that the Court be lenient in its decision.

Respectfully,

James M. Buttner

Catherine J. Buttner
Howard Beach, New York

November 24, 2017

Honorable Dora L. Irizarry
Chief United States District Judge
Easter District of New York
225 Cadman Plaza East
Brooklyn ,NY  11201

Re:  **United States v. Pisani, 17-CR-155 (DLI)**

Dear Judge Irizarry:

I am Rob Pisani's mother-in-law. I have known Rob for 15 years.  I retired 5 years ago from a Logistics firm, being employed there as Office Manager for over 23 years.  I also held a Board of Education license but chose to work in the private business sector.

As a mother, I believe one of the greatest gifts you can receive is to see your children happily married and even greater to love the person they chose. My husband and I are fortunate to have been blessed with these gifts.  When our daughter married Rob 10 years ago I knew he was the right one for her.  He has never disappointed us or given us reason to doubt his love for her or his family. We are not "snow birds".  We live 5 minutes from our daughter and Rob and see them almost every day.  We are treated with love and respect by Rob and always welcomed in their home.

After hurricane Sandy, our daughter and Rob and their children (and Rob's Mom and brother) lived with us.  Our home is not large so it was a bit tight.  But for over 3 months we really got to know each other under stressful conditions (no heat, electric, etc.)  Rob lost his home and business but not his spirit or hope that things would turn out OK.  He opened what was left of his store (small food market) and gave away all non-perishables to those in need in the community. His regret was that his employees (mainly locals) were now without a job.

Rob is a generous, caring person.  He is totally committed to his family and community.  He has sponsored his children's sports leagues and despite his long working schedules, found time to volunteer as mentor and coach in his community's organizations.  His friends are many and lifelong and Rob has always supported them through good and bad times.  I really have never known anyone as caring as Rob, who gives from his heart and never asks for anything in return . Rob epitomizes "unselfishness".
I plead that you show Rob leniency and have faith in him and allow him to be the person we know him to be.  I thank you for your consideration and pray for a positive outcome.

Thank you.

Respectfully,

Catherine J. Buttner

## ROBERT STEINER
### Broad Channel, NY

May 20, 2018

Honorable Dora L. Irizarry
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:**   *United States v. Pisani*, **17-CR-155 (DLI)**

Dear Judge Irizarry:

My name is Robert Steiner and I am a lifelong Broad Channel resident and local business owner.  I serve as the Parish Athletic Representative (PAR) for St. Rose of Lima Parish and sit on Catholic Youth Organization (CYO) Advisory Board for Brooklyn/Queens Diocesan.  In addition I am also a board member of the Broad Channel Athletic Club (BCAC) and a member for 30yrs.  I have known Robert Pisani for 15yrs as he has been involved with all the organizations listed above as well as many other community groups

Over the years Rob has shown himself to be family oriented and community minded.  He is one of the biggest supporters of our local CYO programs as well as the BCAC. His involvement with both organizations predates him being married and starting his family.  Now that he has (2) children his involvement has grown and he is looking to take on a larger role.   His interests are not only related to the local sports groups but other civic entities as well.

 A story that I would like to share with you is one concerning hurricane sandy and the effect it had on all of our lives as well as Rob and his family personally.  The storm was devastating and had a significant impact to the residents and business' of Broad Channel, the Rockaways, and Howard Beach.  Our homes were under water, business' were closed and vehicles lost due to the storm.  Rob was not spared during this time and was a victim like the rest of us.  What he chose to do in the days immediately after the storm is a testament to his character and exemplifies who he is as a man and human being.  After ensuring his family and friends were safe he walked into his businesses to assess the damage and was faced with the stark reality that the properties were destroyed.  The product inside the store was ruined from the water line down and all the electrical, plumbing, HVAC were gone as well. Rather than dwell on the negativity and knowing his neighbors, friends, & community members were hurting he setup tables outside All American Deli and he and his wife sorted through the product inside the store to determine what was salvageable. Anything that was good was placed outside on the tables for the community to come and take at no cost.  The significance of this moment cannot be understated as we were a town

that was hurting and there was zero outside help - His instincts were to help and that's exactly what he did.

Rob's charitable nature was not only displayed at this time but is ongoing.  He sponsors the local baseball, basketball, and football teams and contributes to the other civic groups as well.  It is not these sponsorships that I'd like to focus on.  What has impressed me over the years is when there is a death in our community and the subsequent Wake and Funerals that follow.  Rob has sent trays of food to the families from his stores for the down time in between sessions.  It is these gestures that don't get the recognition or name on the back of a shirt that are meaningful.  They are quiet, done behind the scenes, but have lasting memory on the families who have lost a loved one.  They provide comfort during difficult moments and once again illustrate the type of man he is. These are only two examples I highlight but there are many others to choose from - I felt these best represent him.

Thank you for your time and consideration in reviewing my letter and letting me share with you who Robert Pisani is.  He is a devoted family man who is engaged, active, and respected in his community.

I respectfully ask the court for leniency at his sentencing.

Respectfully,

Robert Steiner

John and Jill O'Sullivan
Sunnyside, New York

June 1, 2018

Honorable Dora L. Irizarry
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
Re: _**United States v. Pisani**_, 17-CR-155 **(DLI)**

Dear Judge Irizarry:

We have known Robert Pisani, our brother-in-law, for over 10 years, since he first met Jamie (Jill's sister.) In 2007, he became a member of our family when he and Jamie married; since that time, he has become more than just that. He has become a loyal friend, a loving father to his two children (our nephew and niece), a dedicated husband, a helpful and loving son-in-law, and a doting Uncle to our daughter. We can say with confidence that our daughter has a special affinity for her Uncle Rob on account of his warm and fun-loving nature.

Since the day we met Rob, it was obvious how devoted he was to Jamie. He clearly put her on a pedestal and vowed to become the best person he could be for her, and for the family they intended to create. He worked incredibly hard and always put family first. He had previously always taken great care of his mother, and now he had a second woman in his life who mutually respected and loved him. Rob strived to make Jamie proud and to live up to her high standards. Together, Rob and Jamie were well matched in that they always treated their friends, family members and employees with respect and love - and were, in turn, well loved by others.

In business, we have never seen more loyal employees than Rob's. He always managed each of his employees fairly and respectfully. Younger employees would happily return to work each summer during college and after graduation. Other employees would bring their own family members into the business - until the work families and personal families would morph into one. This is true to this day. Our family dinners, Christmas celebrations and holidays often include past and present employees of Rob's.

We know Rob to be dependable, responsible, honest and courteous. His earnest concern for others has prompted him to help those in need on countless occasions. He is a popular member of the community who has earned the trust and respect of his neighbors, friends, employees and especially his family.  We ask the Court for leniency, as the ones who will be the most adversely affected by a harsh punishment for Rob will be his wife, two young children, and all the people who have come to know and love him.

Respectfully,

John and Jill O'Sullivan

**Lauren P. Wagner**
Broad Channel, NY 11693

April 20, 2018

Honorable Dora L. Irizarry
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:**   _United States v. Pisani_, **17-CR-155 (DLI)**

To the Honorable Judge Irizarry:

My name is Lauren Wagner, I am a NY State Registered Nurse, a mother of three small children, and a lifelong resident of a small town in Queens, Broad Channel. I first met Robert Pisani 19 years ago, at the age of 14, when he opened up the All American Deli in our town. During the next 19 years, Robert Pisani would become my boss, a community volunteer, and most recently my autistic son's baseball coach.

From the moment Robert Pisani stepped foot in our neighborhood, he has done nothing but better our community, donating to our local community schools, the Broad Channel Athletic Club (youth sports program), and employing much of my local neighbors. When Mr. Pisani employed me at the age of 17, I was a waitress at a restaurant that he owned in Broad Channel. He was an amazing boss, always respecting his staff, taking the time to personally know and worry about us, and going out of his way to make sure that we were taken care of and treated fairly at work. Not once in the 6 years that I worked for Mr. Pisani did I ever witness him displaying any questionable behavior or disrespect any of his employees.

I want to share one of my fondest memories of Mr. Pisani, one that truly represents his character and the type of person he is. In 2012, Broad Channel was destroyed by Hurricane Sandy when it swept over the Rockaway Peninsula. There was not one house that wasn't affected in our community. Most of us lost our homes and everything in it. Additionally, NY State was by no means prepared for the aftermath of this storm. There was no help on the ground, we didn't see the American Red Cross for at least a week, and finding food, clothing, and shelter became our town's biggest struggle. I personally know Mr. Pisani's home was affected by the storm, and he like the rest of us had lost everything, including his businesses. However, he was one of the first people in our community to set up a table on Cross Bay Boulevard to pass out food, drinks, and items of necessity to neighbors, while they gutted and cleaned their destroyed homes. Mr. Pisani did not have to do this. It would have been completely understandable if he tended to himself and his family, like all of us were doing post-hurricane Sandy. However, that is not who Mr. Pisani is, he felt obligated to help his neighbors and wanted to help our community any way that he could and put his own life on hold to help his neighbors that were struggling.

I recently have encountered Robert Pisani on another level, he is now the coach of my autistic son's baseball team, which his son additionally plays on. My son is by no means an easy child to coach, he has no attention span, no hand-eye coordination, numerous developmental delays, has difficulty swinging a bat, and catching a ball. Last year, my son played two games of baseball and quit because he was so frustrated. This year is entirely different. Everyday my son asks me if he has baseball practice or a baseball game. He loves the game, he loves his teammates, and loves his coaches. This is primarily because of Robert Pisani. Mr. Pisani takes so much extra time to work with my son, cheers him on during games and practices, and makes sure he is accepted by other children on the baseball team. He makes him feel like he's Derek Jeter, even though he has maybe hit the ball twice in 4 weeks and hasn't caught a ball once. Without Mr. Pisani's kindness and support, I know my son wouldn't be playing baseball today.

I am aware of the crimes that Robert Pisani is accused of, however, Mr. Pisani is not a criminal. Mr. Pisani is a community leader, a family man, and an amazing friend to all who know him. We are all human, at times we will all make poor judgements and mistakes, but it would not benefit society by sending a person as good as Robert Pisani to jail. It would only cause additional hurt to his family, his friends, and our neighborhood as a whole. As I hope you can see from the statements I made above, Mr. Pisani is a good man with moral character and a strong dedication to his neighbors and community. I am asking for leniency when sentencing Robert Pisani and taking into account all the good Mr. Pisani has done for his neighbors and community over the 19 years that I have known him. Thank you for your time and consideration in reading my letter.

Respectfully yours,

Lauren Wagner

STEPHANIE WAGNER
BROAD CHANNEL, NY


November 26, 2017

Honorable Dora L. Irizarry
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     **_United States v. Pisani_, 17-CR-155 (DLI)**

Dear Judge Irizarry:

I am Rob Pisani's friend and have known Rob for nearly 20 years.

A few years ago, Rob gave me a job at Bayview Restaurant & Lounge. As a kid in college, I had been studying business management and was interested in special event management. At the time, I had absolutely no experience in hospitality. Rob taught me everything I needed to know from booking events to seeing them through. He encouraged me to get creative and helped teach me how to plan several successful ticketed and unique events for the restaurant. He taught me about the ordering process, inventory, scheduling, promoting, deliveries and so much more. He also never hesitated to get involved in community affairs like fundraisers, sports programs and anything that could help our neighbors in town.

On top of everything we learned business-wise at Bayview, I also learned how to treat employees with respect. Rob treated every single one of his employees like family and that's what our Bayview staff was, it was a family. From the bussers to the managers, nobody got treated differently at Bayview. We spent many holidays, weekends and important events together at Bayview, but it never felt like we were missing anything. Rob always made Bayview feel like home.

Bayview was a seasonal spot, but Rob always looked out for his staff. In the colder months when Bayview was closed, Rob found other jobs for me to do to make sure I could still make money while going to school. Whether it was office work or babysitting his kids, he always made sure I had a way to have money in my pocket to help me get through school. That's the kind of guy Rob is. He is always looking out for his friends and family.

After Hurricane Sandy, Bayview was completely destroyed. Although Rob's own home and businesses had been destroyed he still reached out to make sure my friends and family were okay. When he was able to get his bagel store back up and running, the first store back in town,

Rob served bagels and hot coffee and tea for free to our town. He put his town first before his business. That will always stand out to me about Rob. It was one of the most selfless acts I had ever seen during a very tough time.

With Bayview not reopening at the time, I had gone on to work for another hospitality group to continue to pursue my career in event management. A few years later I started my own special events company.

If it were not for Rob in giving me chances to learn, trusting me and always encouraging me, I would not have the confidence I do in running my own business today. Although no longer my boss, Rob is still a great friend, someone I still go to for advice and a person I will always consider family.

Thank you for your time in reading this letter.

Respectfully,

Stephanie Wagner

SEAN TUBRIDY
BROAD CHANNEL, NY

March 7th, 2018

Honorable Dora L. Irizarry
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:**  **_United States v. Pisani_, 17-CR-155 (DLI)**

Dear Judge Irizarry:

I am a friend of Rob Pisani's and have known him for the better part of 15 years. I was born and raised in Broad Channel, and currently reside there with my wife and two children. I work for the New York City Sanitation Department, in the Operations Management Division and am also a small business owner.

In August of 2014, the extended family of Phil Mayer asked for my assistance in hosting a benefit for his children, in particular his youngest son who is confined to a wheelchair. Unfortunately Phil Mayer passed away suddenly at the age of 57, leaving behind four young children. I asked Rob for his assistance in planning and contributing to the benefit as a small business owner. Without hesitation, he quickly and quietly rose to the occasion. It is my belief Your Honor, that small business owners of the Broad Channel/Rockaway Beach/Howard Beach communities have a responsibility to give back to those they serve, and Rob has consistently delivers on that responsibility.

On a personal level, I have been in the presence of Rob with his children. They are two of the kindest and warmest kids you could ever meet, a credit to Rob's proudest and most coveted role as Father.

I respectfully ask Your Honor for leniency in Rob's case, and I thank for the consideration of my letter on his behalf.

Respectfully,

Sean Tubridy

12/12/17

Honorable Dora Irizarry
Chief, United District Jude
Eastern District of NY
275 Casman Plaza East
Brooklyn, NY 11201
Re United States vs. Pisani 17-CR-155 DLI

Dear Judge Irizarry,

"It takes a village to raise a child."

My five year old son was having a tough time adapting to his new surroundings in the local gymnasium. He stubbornly turned on his blinders and stopped listening to me. It was frustrating because I did not want my son to miss out on the opportunity of the fun activities planned for the day. Rob Pisani took notice and approached me and suggested that maybe he goes over and convinces my son Mike to join the group. So Rob took his son Rocco, who was a little older than my son over to do some convincing. After a few high five slaps and a couple of laughs, it was a success! Rob walked my son and Rocco back to the center of the gymnasium with all of the other kids.

My son has now developed confidence at those events and I always try to remind him to make sure everyone gets involved, if he sees a kid on the sideline overwhelmed or crying that he introduces himself and invites him over to meet his friends.

My name is Martin Tubridy I grew up in Broad Channel. I proudly serve my community in Ladder 121 with the FDNY. I have seen plenty of businesses come and go in Broad Channel. When Rob opened up his businesses he opened the doors for children of the community. I have witnessed Robs employees flourish and become entrepreneurs themselves. They take to Robs Big Brother/Father Figure work ethic. Robs generosity is unmatched he has never turned anyone down to write a check Rob is always donating his time or services at these fundraisers. This village is really special; there might be a fundraiser every weekend of the year.  I swear it can bankrupt a business. Rob is the driving force that makes those fundraisers and village so special. I truly believe that it takes a village to raise a child. It breaks my heart for Rocco that Rob wasn't there to witness his first touchdown. Because in this village Rob is the president and his establishments are the capital.

I'm writing to respectfully ask the court for leniency in Rob's sentences for the sake of the village. Thank you for your time and consideration.

Thank you

Martin Tubridy
347-351-2690

Gennaro Zaccheo
East Meadow, New York

2/27/2018

Honorable Dora L. Irizarry
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:**   _United States v. Pisani_, 17-CR-155 **(DLI)**

Dear Judge Irizarry:

I am Rob Pisani's friend and have known him for 9 years. I am married with a young daughter and work as a Supervisor for the The New York City Department of Sanitation.

I met Rob about 9 years ago through a mutual friend who asked me if I wanted to play softball for Rob's team. I played with him ever since. Rob and I instantly hit it off and have been friends ever since. How can you not. Rob has a great personality and is extremely humble, charitable, and a fun loving person. He has something that people just want to be around. He's a regular guy at the end of the day no matter how successful he's been with his various businesses throughout the years. He and his wife are extremely charitable, caring, and are involved in various charitable events and fund raising throughout his community.

Over the years I've seen Rob help many people. Whether it was employing them, giving them discounts at his delis, heading charitable events, and donating to various causes. Rob has had a major impact in his community. During Hurricane Sandy I worked in the Rockaways for the storm clean up with my job. Rob lost an entire store, an entire restaurant, and 3/4's of another deli from the devastation of Hurricane Sandy. But that didn't stop Rob. The next day he was out on the street in front of his store giving away free groceries that were spared even though his own family was affected by the storm. He acted fast and within days he salvaged and repaired one deli and re-opened to serve the people of the Rockaways and Broad Channel with free Bagels and coffee because most lost all. That's just a small part of who Rob is. Shortly after he got to work fixing up his other deli. He has a strong work ethic, drive and responsibility to his employees. He even kept paying long term employees who weren't even working.

Rob treats everyone with respect and kindness but expects the same in return. He's the guy that knows everyone and is loved by many. I always joke with him and tell him he needs to run for public office; he would win hands down. Any time I've asked Rob for a favor he always comes through. He always discounts any catering I get from his delis, he discounts all city employees at all his delis, and always helping people one way or another. If you need a guy Rob knows a guy. He helped me with my heating and A/C system for my house, he helped me with vendors for my wedding, and he's referred people for jobs. With a man with so much

responsibility on his plate he has never forgotten where he comes from and that's what humbles and grounds him. I admire a lot of Rob's personal and professional character traits. He is a great Dad and husband and is involved with everything his kids and wife do even though he is so busy with his businesses.

Rob and his wife are involved in many charitable events. They do clothing and jackets drives, toy drives, different cancer and disability walks and runs, softball fund raising games, and a host of others I'm forgetting or am not aware of. When FEMA finally came into the Rockaways and Broad Channel to assist with the Hurricane Sandy clean-up I saw an opportunity to help Rob and his family. I was a liaison between the NYC Sanitation Department and FEMA in charge of distributing and hauling away FEMA 30 yard garbage containers for businesses in the area. I saw an opportunity to finally help a friend out along with the rest of the community businesses. All Rob was worried about was re-opening his stores to get his employees back to work which he did with the clean-ups and build backs and serving his community once again that was in great need of a neighborhood deli for people to come for support, to talk, laugh, cry, and yes buy some groceries of course.

In closing, this short letter is just a small glimpse of how great a person Rob is. You don't need to know him long to know that. I know being home this long has been a tough road for Rob because he can't go to his family and kids functions or be at his businesses and around his friends and community. However, that has not kept his spirits down or changed him one bit. He wants this behind him so he can go on with his life and get back to being a great Dad, husband, friend, boss, and community staple. Thank you for taking the time for considering and reading my letter. Have a great day.

Respectfully,

Gennaro Zaccheo

Victoria Somma, Ed. D.
159-04 79th Street
Howard Beach, NY 11414

February 5, 2018

Honorable Dora L. Irizarry
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York, 11201

Re: **_United States v. Pisani, 17-CR-155 (DLI)_**

Dear Judge Irizarry:

I am a friend of Rob Pisani's and have known him for more than thirty years. I have been employed with the Department of Education for the past 24 years. I have earned a bachelors degree, two mater's degrees and most recently my doctorate in instructional leadership. I am also a mother of three teenage children. I live in Howard Beach, New York.

I understand that Rob Pisani will be sentenced soon for a crime he committed some time ago. I hope that I can tell you a little bit about Rob so you will know why leniency would be appropriate.

Rob has been a family friend since we were children. Through the years, he always portrayed himself as a warm, friendly, hard working individual. I attended his wedding and watched him transform into a loving husband and father.

I will always be thankful to Rob for the support he provided my family when we organized several charity events to raise funds to cure SMA. My nephew was diagnosed with Spinal Muscular Atrophy when he was a baby. For approximately eight years, we organized a golf outing to raise funds and awareness for this deadly disease. Rob was instrumental in planning for these fundraisers. He whole-heartedly provided the venue and catered for all of our guests that exceeded 200 people. He was always willing to go above and beyond to make these fundraisers a success. He did not hesitate to assist in such a worthy cause. And for that I will always be grateful.

Thank you for considering this letter on Rob's behalf.

Sincerely,

Victoria Somma, Ed. D.

Sara Sparks
Fairfield, CT

January 31, 2018

Honorable Dora L. Irizarry
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:**    <u>***United States v. Pisani***</u>**, 17-CR-155 (DLI)**

Dear Judge Irizarry:

I am writing to you because I am a close friend of Rob Pisani and have been for over 15 years. I initially met Rob because he is married to one of my best friends and I quickly realized that he would be a friend of mine for life.

To give a little background on myself, I am a daughter, a granddaughter, a sister, an aunt, a wife, a mother to three children, a volunteer, a graduate of Quinnipiac University (BS Marketing and Management) and Fairfield University (MBA – Marketing). I am also a Vice President for a large regional bank, responsible for Wealth Management marketing as well as Brand marketing. All of those traits define me, as does my most important trait; I am an honest, loyal friend.

I feel that it is necessary to send a letter to help the court to understand that I, along with many others I am sure, would define Rob Pisani first and foremost as an honest, loyal and loving friend.

I will never forget receiving a phone call from Rob's wife Jamie during Hurricane Sandy. As she feared for her family's life and as water was flowing down the stairs into their home Rob and Jamie were concerned for their own welfare of course, but immediately reached out to all of their friends to build a strong army of people to help rebuild their community. The Pisani's and their kids just lost their home, most of their possessions, but Rob understood that his family, his community are all one and he could only do what he does best – give to others. This was not an unexpected act of kindness from the Pisani family; this is how the Pisani family lives each day. Their children are so fortunate to have parents like Rob and Jamie. They are full of love and compassion and are always working together to better their community.

All that I ask is that the Court digests this letter, understands the rare kind of love and loyalty that Rob has for others and that the Court is lenient when opining on this case. Jamie and their children need their father and husband in order to continue to provide for not only their family, but for their entire community.

Thank you for your consideration of this letter. I hope that it demonstrates the type of person that Rob Pisani is.

Respectfully,
Sara K. Sparks

LTC MARISA PACE
WOODSIDE, NEW YORK

6 February 2018

Honorable Dora L. Irizarry
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** ***United States v. Pisani*, 17-CR-155 (DLI)**

Dear Judge Irizarry:

     I have known Rob Pisani for a little over 14 years. He is the husband of my long time best friend Jamie so I am very close to him and the entire family. I am a graduate of West Point and a 17-year veteran of the United States Army. I am currently a Lieutenant Colonel serving as the Deputy Commander of a unit on FT Hamilton, NY. As an Army Officer, I think I am well versed in what it means to be a person of character given the importance the Army places on the character of its leaders.

     The Army has seven core values that it instills in every Soldier from the moment they start Basic Training (loyalty, duty, respect, selfless service, honor, integrity, and personal courage). Rob epitomizes all of these values, but the one I find most important and the one Rob lives most noticeably is selfless service. Selfless Service is putting the welfare of others before your own. It is larger than just one person, it is a commitment to others to give a little more and go a little further in order to add to the effort. On the morning after Hurricane Sandy, Rob instantly started thinking about how he could help the community. His own home and businesses were devastated by the hurricane, but Rob went right into action thinking about how he could help others. He concentrated on getting his bagel store and deli open as quickly as possible so his neighbors would have a place to get food and necessities. Rob gave away hot coffee and food to first responders and volunteers knowing the long road of personal recovery he had ahead. In the months after, Rob donated enormous amounts of time and money to the recovery effort in his community even before his own home and businesses were repaired. Rob exemplifies a selfless servant and leader of character.

     I ask the Court for leniency and thank the Court for considering this letter.

Respectfully,

LTC Marisa Pace

KERRI O'BRIEN
BELLMORE, NEW YORK

February 26, 2018


Honorable Dora L. Irizarry
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     United States v. Pisani, 17-CR-155(DLI)

Dear Judge Irizarry:

My name is Kerri O'Brien and Robert Pisani is my cousin.

I have been working as a paralegal for the last seven years. As you know, in this line of work there are many disturbed individuals who have no regard for other people. I can assure you my cousin is not one of them. He is kind, generous and a hardworking family man. He has the biggest heart and would never deny someone who is in need of help. A lot of my family resides in Broad Channel so I know what a huge part of the community Robert is. He is someone that people, including myself, admire and respect due to his success and care for others.

I moved from Howard Beach to Seaford when I was in middle school. Although Robert and his brother Alex are older than me, and given the fact that I did not live very close, we always managed to keep a relationship as best we could. When I graduated high school in 2005, my family moved to Florida and I stayed in New York. It was a struggle to say the least, between school, multiple jobs, moving almost every year, supporting myself and just trying to make it on my own. Robert and Alex would check up on me and they would assure me if I ever needed anything they were there. They always reminded me that, if I was out of work, I had a job with them. At the end of the day family is family but to them, it doesn't matter who you are. They are happy to help in any way they can.

One memory of mine that really describes Robert's character is when I got into a car accident. Thankfully, I was ok but my car was almost totaled. Robert told me to bring it to a friend of his in Queens. I had no way of getting back to Long Island that day so I insisted I would drive the car home and bring it back another day but I was told, "I don't know how you drove it here in the first place". Needless to say, he made sure I got home that day. Thankfully my car was able to be fixed and every time I would ask him how much it was he would tell me "not to worry". Being a struggling college student, my cousin, took it upon himself to pay for everything.  I remember thanking him and explaining that sometimes it was hard with my parents not being in New York and having to figure these things out on my own and his response was, "and that is why you call

me". I know he meant that and I appreciated it. Whether or not he knew it, it made me feel less alone at that point in my life.

Furthermore, Christmas Eve was always a big holiday in my family. From as far back as I can remember we spent every holiday gathering at Aunt Alice's house (Robert and Alex's mother). When Robert married his wife Jamie, they made sure to keep the traditions going! We have a large family that keeps growing so getting together is not as easy as it used to be. I personally do not think the gatherings would be possible without them. They put so much effort into preparing and making everything perfect. Family is so important to them and I couldn't say enough good things about Robert's wife Jamie. I have developed my own relationship with her throughout the years and I can honestly say I couldn't have picked a better addition to the family. She makes family a priority and I truly believe that she makes Robert an even better person than he was before. They have two children who are so well mannered and smart. They make sure to involve them in activities and most importantly charity events. They are teaching them to appreciate what they have as well as learning the importance of helping others. They are wonderful role models to their children. I have no doubt that they will grow up to be the best version of themselves because of them.

Lastly, I am getting married in Lake George, NY August 11, 2018! I am so excited to have all of my family and friends at my wedding and on vacation with me to celebrate. I am saddened by the possibility of my cousin not being able to be present for one of the most important days of my life. If he is not able to attend he will be truly missed by myself and the rest of the family. I believe that he knows his faults and wrong doings. He has owned up to mistakes like the honest person that I know he is. When I think about my two little cousins not having their father around, it is heartbreaking because they do not deserve that.

In closing, thank you for taking the time to read my letter. I hope that I was able to show how Robert is a well-respected member, not just of his family, but his community as well. I respectfully ask that you take all of this into consideration during his sentencing.

Respectfully,

Kerri O'Brien

Re: Robert Pisani

Hello, my name is Michael K. O'Brien and I'm writing to you on behalf of Robert Pisani. I first met Robert in 1981 when I began dating his cousin Elizabeth Feeney. Robert was a young boy at the time but I remember even that far back he came from a family that was all just about that. Family! His Mom and Dad welcomed not just family but friends to their home and if I remember correctly, the first words they said to me when I met them was help yourself to anything you want. "What's ours is yours". Robert and his brother Alex were the exact mold of their parents; I could not help but notice how respectful they both were to adults around them.  As they say the apple does not fall from the tree in families, and in my opinion, you never ever lose that even in the case of a couple of bad decisions made.

Robert to his credit here has taken responsibility for his mistakes and, personally. I know he knew what he did was wrong. That being said, I know Robert has a conscience and it takes someone with a conscience to admit they were wrong and for that I admire him even more today and shows that he has learned from this experience.

A small but meaningful example of the person that Robert is comes from his relationship with my daughter.  I found out not too long ago from my daughter Kerri that Robert checks up on her on a consistent basis knowing that I reside in Florida and has told her to come to him whenever she has a problem or needs advice on something. This did not surprise me in the least since Robert has shown to help others without being asked. By instinct, he did this, which shows what a caring and concerned person he can be and not someone that brags about what he's done. Robert has been like a big brother to her. Robert and my daughter (although just cousins) have become the best of friends. She will be getting married on August 11th of 2018 and wants Robert to be present in the worst way and Robert likewise.

In closing, Your Honor, I hope that you can recognize Robert's value. As you can see, Robert has been a good example in many people's lives and, I know he has learned his lesson following the letter of law by example while being under house arrest. Please, if you could grant him the time served and keep this sentence to a minimum so that he and his family are able to continue to work towards giving back to their community and raise and inspire their children to lead long productive and trustworthy lives.

Respectfully,

Michael O'Brien
20088 Heritage Point Drive
Tampa Florida, 33647

Marissa Mundy
Queens, New York


1/13/18


Honorable Dora L. Irizarry
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:**   *United States v. Pisani,* **17-CR-155 (DLI)**

Dear Judge Irizarry:

I am Rob Pisani's friend although I have always considered him family. I have known him for almost all of my life living in Broad Channel.  My name is Marissa I'm an Occupational Therapist (OTR/L K.T.P). I work with the Department of Education, in district 75 with kids with special needs as well as with a skilled nursing facility/hospital. I worked for Rob for 14 years to put myself through college. While I was going for my associates then bachelors and finally my masters in Occupational Therapy, I worked my way through school at Rob's businesses. He always made sure I was employed because he knew I was trying to get through college. When his seasonal restaurant closed he put me in his deli (with no experience) just to make sure I was able to stay employed. Rob has not only been a boss but a mentor on how to be a hard worker, determined and dedicated (which is why I do believe I owe him for a part of what I made myself into today).

Rob opened up his Deli in Broad channel and his restaurant. Many residents of Broad channel including my father, the civic association president mentioned how Rob has helped bring this town up. Instead of a rundown deli he replaced it with an immaculate deli where the residents can provide for their families and go shopping if needed. He invested into Bayview so the community had a place to go eat. As a young woman I began working in his restaurant at the age of 16. I was hired as a Bus girl, (I was not of age to waitress) he gave me the bus girl job with no experience even though it was only bus boys in the industry. Rob believed I was a hard worker and hired me; he gave me a chance, which is all I needed, a chance. I was so thankful that he hired me because little did I know that was the beginning of having a big brother in my life (which I did not have prior). Rob was not only a boss but a friend. Rob always listened to me and helped me make some important life decisions for example on going away for college or staying home. Rob taught me to help others, be a team player and give back when possible.

When my sister needed a job because her original job closed down, who was the first one to help and hire her (even though she had no experience), Rob.  Rob hired her without hesitation knowing that she needed the job. Rob has employed so many kids in town to help support them which in turn helped our small neighborhood.  I worked for Rob up until I graduated from college with my masters, (even though that summer I took on some shifts because he made that

restaurant home for all of the workers and I couldn't miss the opportunity to go back) the minute I told Rob I passed my national boards he threw a small gathering for my husband and close friends to go to Bayview, because he always believed in me and was happy to see I reached my goals. Rob and his wife helped assist my mother in throwing a wedding shower at his place. Rob and his wife were also there in the crowd as I got married. Two people who have always been there for me.

I want to end this letter to ask the court for leniency with his sentencing. So that he can be there for his two children like he was for me growing up. I believe because I met Rob and worked for Rob, I'm not only a better person but a successful person that gives back to the community. I want the same for his children, to have a role model present in their lives supporting them like he has done for me. I truly thank you for taking this time to read my letter.

Respectfully,

Marissa Mundy

Sister Beth McEneaney, IHM

Manhasset, New York 11030

June 1, 2018

Honorable Dora L. Irizarry
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

Re: United States v. Pisani, 17-CR-155 (DLI)

Dear Judge Irizarry:

As a catholic school teacher for over 35 years I have come to the conclusion that teachers come to know the parents of their students through the students themselves.  As a pre-school teacher students want to do everything to please their parents and to make them proud.

A year ago, I had the privilege of teaching Rob Pisani's youngest child, his daughter in pre-k.  This little girl was gentle, bright, adorable and extremely kind and caring with everyone and everything.  I knew before I met Rob the kind of man and dad he was.

A gentle giant with a big heart and a man who dearly loves his family.  Our first official meeting took place during parent-teacher conferences.  Rob sat on the edge of his chair taking in every word I said about his daughter.  He was beaming and wanted to be sure she was always very respectful to everyone.  I assured him she was as well as being a beautiful role model for the rest of the class.  Before leaving Rob thanked me sincerely for all I was doing not only for his daughter but for all the students in the class.  He offered his services to help out in any way if and when they would be needed.  He wanted to be totally involved in the children's lives.  He wanted to be sure he would know in advance when school activities would take place such as the Christmas show and the father daughter dance so he could attend these school functions.  It was obvious to me he was a very involved dad.

After taking the time to read this letter on behalf of Rob Pisani, I want to thank the Court and ask that you consider leniency for him.


Respectfully,

Sister Beth McEneaney, IHM

Maureen Loesch
Riverhead, NY

January 10, 2018

Honorable Dora L. Irizarry
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *United States v. Pisani, 17-CR-155 (DLI)*

Dear Judge Irizarry:

I am Robert Pisani's cousin.  Although Alice Pisani, Robert's mother, is my aunt, we grew up more like sisters due to our closeness in age. My two sons are the same ages as my Aunts sons, her children always regarded me as their Aunt.

As such, Robert and my youngest son attended grammar and High School together.  They also belonged to the same sports teams and shared childhood friends. Robert was always a respectful and caring child and grew to be a loving and family conscientious adult.

His work ethics are admirable and his devotion to his family is exemplary. He has been generous in his community life, coaching children in sports and employing and encouraging young adults in his former and current hometown.  Robert is very well known for his acts of kindness especially in assisting neighbors following Super Storm Sandy. Even though his own home was seriously damaged he managed to distribute food and supplies to other needy families.

In addition to supporting his wife and children Robert also supports his widowed mother and shares his home with his older brother.

Any consideration given to this letter is greatly appreciated.  I close in saying this matter has been a heartache for all who know and love Robert, who was like another son to me and my husband, and his devasted wife, children and family.

Respectfully,

Maureen Loesch

Lawrence F. Loesch Jr.
Riverhead, New York

January 12, 2018

Honorable Dora L. Irizarry
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:**     **United States v. Pisani, 17-CR-155 (DLI)**

Dear Judge Irizarry:

I am pleased and honored to say that I have know Robert Pisani all his life. Robert and my youngest son were born only months apart and we resided only walking distance apart where both Robert and my son went to school, played organized sports and for sure grew up together. The closeness of the family was further strengthened on the fact that although they are close in age, and good friends, Robert's mother is an aunt to my wife. Our two families spent much time together as Robert has an older brother and, we also have a second older son and those two older boys grew up together just as the younger boys did.  Our home experiences were shared as was caring for the grandmother/great grandmother of the boys who resided in our home. For many years all the boys often took on the responsibility of checking on and providing for the (Great) Grandmother who resided with us. (She was not 100% self-sufficient). Robert and the other boys all made special efforts to care for and develop a special relationship with the older family members (especially grandma).  Robert always referred to me as "Uncle Larry". I thought of him as one of my four sons. More often than not Family holidays, were hosted at the Pisani household.

My wife and I had our first son and we were married at the age of eighteen. Robert's parents were especially close and supportive of us and we were glad to have them as our mentors, friends, and caring family members. I entered the New York City Police Department at the age of eighteen and over the next thirty (30) years I rose through the ranks to that of Deputy Chief. While working I completed college on a part-time basis.

Robert has always had a good sense of the importance of sharing and volunteerism and one example is that for many years before he was married or had children of his own, Robert volunteered many hours to coaching Little League sports.  Another example of the big heart he has was after Hurricane Sandy where for days, weeks and even months, Robert shared product from his business and brought food provided by him to the needy throughout his local community of Broad Channel. Many people in the neighborhood can attest to this.

As best he can, Robert continues the family traditions and many of the family gatherings by hosting them at his family home. For this, his mother and all of us are proud of the man Robert has become.

Robert has always had a good work ethic and, repeatedly, has proven himself in that arena but since his children were born, he has changed his priorities.  Today, everything in his life lines up after his family.  Robert's mother and brother live with him and his family. Every day and in fact every breath he takes since the birth of his children involves and surrounds the children, his wife, his family. There is nothing more important to Robert than being there with them while they grow up.

Knowing the man, father, husband, son, brother that Robert has become, I can only hope and pray that this Honorable Court could find a way to recognize who Robert is today in 2018 and to find room for leniency. I sincerely thank the Court for considering this letter in support of Robert.

Respectfully,


Lawrence F. Loesch Jr.

**James Scott**
Maplewood, New Jersey



February 14, 2018

Honorable Dora L. Irizarry
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Pisani, 17-CR-155 (DLI)

Dear Judge Irizarry:

My name is James Scott, and I am first cousin to Rob Pisani. I have known him his entire life, and I feel more like an older brother because I took care of him as a baby, and lived with the Pisanis during part of my high school years. He and his family have been there for me more than I can say.

It is extremely difficult to convey in writing the love and respect that I've always felt from Rob and his family over the years and for the love and respect that I have for him today. He has been the rock that has held his family together during hardships, and has been the one that has always selflessly strived to keep our large extended family together. In recent years Rob has become a devoted husband and father, and I am so proud of the man he has become. He continually impresses me with the love he shows for his wife and children, and to all of those who are lucky enough to have him as part of their family.

I selfishly ask the Court for leniency so that Rob, the responsible, hard working and loving man I know today, can continue to be the support we've all relied upon for years. I would like to thank the Court for their time in considering my letter.

Respectfully,

JAMES SCOTT

**William Herring**
**Maplewood, New Jersey**

February 14, 2018

Judge Irizarry
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     *United States v. Pisani*, **17-CR-155(DLI)**

Dear Judge Irizarry:

For the past 34 years, I have been a part of Rob's Pisani's family. I am married to Rob's cousin James, and have had the good fortune to call Rob MY cousin, and to see him grow from a pre-teen to the respected and responsible man he is today. I have witnessed firsthand over the years innumerous measures of kindness, generosity and love toward his family, friends, coworkers and employees. He is an integral part of the glue that holds this huge extended family and network of loved ones together. We are truly proud and thankful for the role he and his wife Jamie have played in our lives.

His generosity is what I think of most when I try to describe him. For years he has opened up his home and businesses as places of celebration for milestones and holidays, as well as places of comfort during hard times, such as in the wake of hurricane Sandy where he selflessly catered to his disaster-stricken neighbors while dealing with the devastation is his own home and workplace.

Rob has always been a family man, from the love he shows for his mother and brother, and for the obvious adoration and affection he has for his wife and children. It is that bond, I believe, that has made and kept Rob the hard-working and caring person that I know. It is

for these reasons that I ask the Court for leniency on behalf of Rob's case, and I thank the Court for considering my letter.

Respectfully,

WILLIAM J. HERRING

Martin P. Feeney
Mfeeney29@aol.com

February 18th, 2018

Honorable Dora L. Irizarry
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:     United States v. Pisani, 17-CR-155 (DLI)

Dear Judge Irizarry:

I have known Robert his entire life, we are cousins, and our moms are sisters. Robert is 12 years younger than me and we have always had a close relationship since he was young. I was very close to my Aunt Alice, Rob's mom growing up, as well as his Dad and brother Alex. Growing up, Rob always had a positive outlook and was an extremely enthusiastic kid, an exceptional athlete, good student and was always willing to help people, he has a heart of gold since he was a young kid.

Unfortunately, Roberts's dad passed away when he was a young and it really crushed Roberts's heart. I recall the day his dad was to be buried and Robert waited for everyone to exit the room so he could have time alone with his dad, I waited just outside the door and I could hear Robert's anguish as he was crying uncontrollably, the death of his dad in my opinion, had a major effect on Robert's life. At the time of my uncle's passing, I was a Police Officer with the NYPD eventually promoted to the rank of Detective and my family and job consumed most of my time. Over the next five years or so Robert and I were not as close as I would have wished for, mainly seeing each other during the holidays but still remaining to have a close relationship.

Going back to when Robert was 16 years old, he was still very active in sports and was an extremely popular kid in his neighborhood. I was actively involved with my oldest son, coaching him in sports, particularly baseball. Robert always wanted to help the kids and he asked me one year if he could coach.  Being only 16 at the time I wasn't sure if Robert would be able to work with kids as young as 10 years old, teaching them not only the sport but to be also a team player and enjoy the sport. To my surprise, Robert was an amazing mentor/coach to the kids and he immediately became their idol. This was the beginning of Robert's coaching career and when he was 18 years old the board of directors awarded him his own team, hence, Robert was the youngest Manager in the largest little league in Queens, quite a feat! Robert continued to coach for many years, as his love for kids showed in his dedication to his coaching career,  he coached dozens and dozens of kids who today are better people because of Robert.

As Robert grew older, he had his sights set on owning his own business and after working for other business owners and prospering in their business, Robert, with my assistance signed a lease for a deli in my town, Broad Channel. Broad Channel at the time was a totally different community than where Robert grew up, the town was less affluent than Howard Beach.  Robert did an amazing job assimilating to the local residents, he became friends with everyone in town and he hired dozens of locals, teens and adults, he truly cared about people and to this day is known for his giving to anyone who is in need.

Broad Channel needed a local deli that would service the community. Robert along with his brother Alex, turned this lease into an amazing business that our community was at the time in desperate need of.  Robert was born to be a leader, a businessman and a person who has a huge heart, not only for his family but all his neighbors and customers. Over the years, Robert has had extreme success in business, this is all due to his dedication, working 80 hours per week was the norm for him and this proved to be his ladder to success, Robert has prospered in every business he has touched. Robert has not only benefitted from his hard work but he has provided numerous opportunities for his neighbors and basically has been responsible for dozens of people, who today have families and homes of their own. Robert provided them the opportunity to earn a decent living and become managers and owners of their own businesses.

I can go on and on providing stories on Robert's giving to people and I would be amiss if I didn't share Roberts's devotion to our community during the devastating super storm Sandy in 2012. During the aftermath of the storm, Robert opened his doors and provided free food and nonperishables to anyone who was in need and as you are aware our town was totally devastated by this storm. Additionally, Robert knew that closing the store for any significant time would have a major impact on the town, Robert, his brother and his wife Jamie worked tirelessly to reopen the store so the community had a local place where they could acquire fresh food and daily needs for their families.

As I end, I want you to know that I am not stating that Robert is perfect and has not made mistakes and some bad decisions in his life, but I can attest to the fact that Robert is a dedicated son brother, husband, neighbor and most of all a devoted parent to his two amazing children.  In addition to his immediate family Robert supports and provides daily care to his Mom and is the backbone of his family, Robert is a great human being and has helped more people than anyone I know. I could only hope that you could see the better side of Robert,  his children, wife and family would be devastated if Robert were to be away for any length of time and I am hopeful that your decision will benefit them all.

Respectfully,

*Martin P. Feeney*



**DISTRICT OFFICES:**

93-06 101ST AVENUE
OZONE PARK, NY 11416
**(718) 738-1083**

114-12 Beach Channel Drive, Suite 1
ROCKAWAY PARK, NY 11694
**(718) 318-6411**

eulrich@council.nyc.gov

THE COUNCIL
OF
THE CITY OF NEW YORK
## ERIC A. ULRICH

**COMMITTEES**

CIVIL SERVICE & LABOR
EDUCATION
ENVIRONMENTAL PROTECTION
JUSTICE SYSTEM
PARKS AND RECREATION
TECHNOLOGY

February 19, 2018

Honorable Dora L. Irizarry
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:     United States v. Pisani, 17-CR-155 (DLI)**

Dear Judge Irizarry:

I am writing this letter on behalf of my constituent Mr. Robert Pisani in connection with his sentencing next month. Mr. Pisani pleaded guilty to a RICO charge of conspiracy to collect an illegal debt and will accept responsibility for this offense. However, I wish to bring to the court's attention my opinion of him prior to this proceeding.

I have known the defendant for the past seven years and consider him a personal friend. Mr. Pisani is a kind person, devoted family man and a selfless individual. In fact, my regular conversations with him revolve around his concern for the well-being of his children and other relatives. Mr. Pisani is also a very good friend to many in his community and was extremely helpful to his Broad Channel neighbors following Hurricane Sandy. Although his own home and business were devastated by the storm, Mr. Pisani went out of his way to help those around him rebuild and recover.

On a more personal level, when Mr. Pisani learned that my three year old daughter was severely injured in shopping cart accident in 2015, he sent bagels and food over to the nurses' station at Jamaica Hospital where she was being treated and never told me. I found out about his kind deed after the fact. When I insisted on paying for the food, he told me to donate the money to charity. He really is a good guy.

Thank you for your time and consideration.

Respectfully,

*Eric A. Ulrich*

Eric A. Ulrich

Michelle Brugess
Oceanside, NY


February 2018


Honorable Dora L. Irizarry
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:**    ***United States v. Pisani*, 17-CR-155 (DLI)**

Dear Judge Irizarry:

My name is Michelle Brugess. I have been an employee of Rob Pisani's for 17 years. After 17 years of employment, I have gotten to know Rob and his family well.  We started as strangers working side by side at All American Deli.  Today, Rob is more than just my boss; he has become family.  Rob and I have faced many challenges in the time we have known each other.  With every obstacle, Rob has supported and guided me. He has encouraged, motivated and enabled me to become the person I am today.

I have seen many changes in Rob's character over the years. Prior to Rob's marriage, he was stubborn, tough and misguided.  It was when he married his wife Jaime that I began to see change in Rob.  Rob's personality became one that was gentle and caring.  I saw even greater transformation in Rob when he became a father to his two children.

Rob has employed many people in the time I have worked for him.  I have watched many employees quit to find other jobs, but return shortly after.  Rob has always given others a second, or third chance.

I have gotten two of my siblings' jobs working for Rob.  He is the type of person I want my younger siblings to learn from.  He is trustworthy and responsible.  He sets limitations and guidelines for staff to follow.  He is fair and honest when encouraging staff to follow these guidelines.

Rob would give the shirt off of his back to help another person.  I know this because over the years I have seen how generous he is.  He donates to fund raisers, the children's athletic club, and various other things.  He helps any staff member when they have financial difficulties, or scheduling problems.  He truly wants the best for others. I am beyond thankful to have met him 17 years ago.

I am providing this letter to touch on what kind of person Rob is, in his business and personal life.  I thank you for considering this letter and hope you can see him from my point of view.

Respectfully,

Michelle Brugess

Vincent Napolitano
Howard Beach, N.Y.

January 28, 2018

Honorable Dora L. Irizarry
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Pisani, 17-CR-155 (DLI).

Dear Judge Irizarry

Robert Pisani is not only my best friend, I consider him my brother and my family. We have been friends for 30 years. I had the honor to be his best man at his wedding.

I work for New York City Transit Authority for over 18 years and I am currently a supervisor in the department of buses for 10 years. I have a big family with 6 siblings and 17 nieces and nephews. Myself and my family have asked Rob for numerous favors over the years from jobs, food from his deli and party's at his restaurant. Rob has always did whatever he can to help and I never heard "no" or "I can't" from him. My family held an annual fund raiser at Rob's restaurant for my disabled nephew and it would not have been successful without his help.

Rob and I have been through a lot in the past 30 years from our early teenage years to the present time of us having families and children of our own. We got married a couple of years apart and our children are very close in age. With all our experiences over the years I couldn't ask for a better friend.

I was there many years ago when Rob opened his first business (all American deli) and I saw first hand the help and the generosity he has given to the people in the community of Broad Channel. Especially after super storm Sandy when Broad Channel was completely under water and Rob lost everything, he was still there to help the community in any way he could.

I know Rob as a dedicated family man and a great father to his 2 children. Considering all his help and generosity with so many people I ask the court for leniency for my friend and thank you for reading my letter.

Respectfully

Vincent Napolitano

Philip Napolitano
North Bellmore, NY

January 22, 2018

Honorable Dora L. Irizarry
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: _United States v. Pisani_, 17-CR-155 (DLI)

Dear Judge Irizarry,

As the President of *Friends of Philly,* I ask for your leniency when considering the sentence of Mr. Robert Pisani. Throughout the years, Rob has donated his time, resources and money to our 501(c)(3) nonprofit charitable organization. Friends of Philly was established in honor of my nephew to help raise funds for children that suffer from Spinal Muscular Atrophy. As a result of Rob's generosity, our organization raised tens of thousands of dollars to fund research projects and provide financial assistance to the families of children who suffer from this rare debilitating disease.

From 2007 through 2014, Rob played an instrumental part in our annual gala fundraiser. For seven consecutive years Friends of Philly relied on Rob to provide us with a venue, catering and financial sponsorship. Rob delivered in a big way every year. He provided a venue or catering at very little cost to our organization, which allowed for more financial resources to go the children who needed it most. In addition to his own financial support, he also used his vendor connections to help us secure donations that we never would have been able to obtain without his help. His generosity did not end there, as Rob would also donate his time before, during and after the event, either coordinating, serving food, or cleaning up.  Although, I can only imagine the stress these events would place on him, Rob embraced them and did so with joy and compassion. I could never thank him enough for what he has done over the years for our organization.

On Behalf of Friends of Philly, I thank you for considering this letter.

Sincerely,

Philip Napolitano

`

Allison Zeller
Broad Channel, New York


January 24, 2018


Honorable Dora L. Irizarry
Chief United States District Judge
Eastern District Of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Pisani, 17-Cr-155(DLI)

Dear Judge Irizarry:

Hello, my name is Allison Zeller.  I first met Mr. Robert Pisani, when he opened All American when I was a young child. Mr. Pisani was new to the neighborhood, but was quick to fit in.  Mr. Pisani, greeted everyone with open arms and was always ready to lend a hand. Mr. Pisani was always there to donate his time and services to anyone who needed it with much love and respect.

In 2008, I became employed by, Mr. Pisani.  Throughout the years of working for Mr. Pisani, we went from friends to more like family.  He was always there to listen to my problems, and give me his own advice to lead me into the right direction.  Mr. Pisani never judged anyone, or anything. He always wished people the best.

As I mentioned above, Mr. Pisani was always willing to help and donate to anyone or any not-for-profit organization that needed his help with no hesitation.   For example, when my family lost our grandmother and dear uncle, Mr. Pisani, was the first person to reach out with his love and generosity and donated food for our family. When we arrived at the funeral parlor, there were gorgeous displays of flowers also donated by Mr. Pisani, and his family.  Mr. Pisani not only helped myself and our family during a difficult time but was always there to help everyone in the neighborhood that needed anything. Mr .Pisani would give anyone the shirt off is back and not think twice about it.

Respectfully,

Allison Zeller

Amy Zeller
Broad Channel, New York

January 20, 2018

Honorable Dora L. Irizarry
Chief United States District Judge
Eastern District Of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Pisani, 17-Cr-155(DLI)

Dear Judge Irizarry:

My name is Amy Zeller and I have had the pleasure of knowing Mr. Rob Pisani for almost 10 years. I first met Mr. Rob Pisani as a young child when he opened up the All American Deli in Broad Channel. My family got very friendly with Rob from visiting his local deli daily. Even though Rob was a new face in our small little town, he definitely made impact and was on a first name basis with everyone. During a rough time in our family lives with the loss of one our family members Rob was the first person right there to show his sympathy by helping my family and sending food to us. Couple years later I became old enough to work and Rob was right there to give me my first job. He showed me the true meaning of hard work and dedication. Rob has an amazing work ethic, personality and the most respect for everyone. He encouraged me to start working with the Department of Education by being a paraprofessional that I am currently employed as. Rob has not only helped my family and me but he has definitely helped our whole town.

Respectfully,

Amy Zeller

Mrs. Carol Arnemann
Punta Gorda, Fl  33950


June 2, 2018


Honorable Dora L. Irizarry
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

Re: United States v, Pisani, 17-CR-155 (DLI)

Dear Judge Irizarry:

I am Rob Pisani's Aunt and have known him for 15 years.  I currently live in Florida but before that I was a New York resident for over 50 years and lived only 10 minutes from Rob Pisani.   I loved New York and hated to leave, but for health reasons, Florida was a better choice.

I got to know Rob before he married my niece, I was so pleased and happy for her when they married.  He was a perfect gentlemen, kind, considerate and caring.  I could just tell he was going to make a wonderful husband, myself being married for over 40 years, you can tell these things.

They say you can tell what type a husband a man will be by the relationship he has with his mother.  Rob seemed to be an outstanding son, again respectful, kind and considerate.  My niece married a wonderful man.

I hope, when reviewing Rob's case, you can keep in mind that Rob is a great husband, father, nephew and a really good person.

Thank you for your time and consideration in reviewing this letter.

Respectfully,


Carol Arnemann

**MARCO BATTAGLIA**
**MIDDLE VILLAGE, NEW YORK**

March 7, 2018

Honorable Dora L. Irizarry
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:**   *United States v. Pisani*, 17-CR-155 (DLI)

Dear Judge Irizarry:

My name is Marco Battaglia, and I am writing to you on behalf of Rob Pisani, my dear friend since grade school. I have known Rob and his family for well over 35 years and to say that he has been a true friend is an understatement. Through everything Rob has always proven himself to be loyal and kind to me and my family and I only hope I can convey that in my letter.

Rob and I grew up in the same neighborhood and from a young age learned so many life lessons together. One of my earliest memories with Rob was being little league teammates. In those early days we bonded over the love of the game and the desire to be great ball players. Rob's good hearted nature and authentic personality drew me to get to know him. It was on those days on a ball field that we established a lifelong friendship that would last through weddings, vacations, births of children and losses of parents. Rob is a family man who loves his wife Jamie and son and daughter. Rob is someone who treats his friends as family and in even the worst of times is the first one to show up to offer support and help. His kindheartedness and empathy are character traits that truly describe Rob. One of the best examples of this was in the aftermath of Superstorm Sandy. The storm caused havoc throughout the neighborhood where we grew up and destroyed lives. Rob worked feverishly to open his deli, so that he would be able provide free food and supplies to all the first responders and the families impacted by the wreckage. He helped to clean up the neighborhood offering a helping hand in any way that he could. He invited the community into his shop and allowed them to seek shelter in any way that he could provide. This is my friend Rob a caring, giving and good hearted man who in his life has always displayed these qualities and I can honestly say has not changed since our first days on the ball fields.

I appreciate the court taking the time to consider my letter and ask for leniency in the sentencing of my friend who is an incredible son, father, husband, brother and friend. I believe that he is who I present above and know that he will continue to be the friend I know and love.

Respectfully,

Marco Battaglia

*New York Families for Autistic Children, Inc.*
*Howard Beach  -  New York*

June 6, 2018

Honorable Dora L. Irizarry
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Pisani, 17-CR-155 (DLI)

Dear Judge Irizarry:

I am the President/CEO of New York Families for Autistic Children, Inc. and we have been the beneficiary of Mr. Pisani's generosity for an extensive number of years.

Mr. Pisani has always been and we expect always will be very kind and appreciative of the individuals in our agency. Mr. Pisani has always when asked for kindness been right there to help in any way he could. Just to let you know some of the happy events he has helped us with are:

Our annual holiday party for over 200 individuals and their families, the annual car wash & car show that brings in numerous  helpful people with the simple task of having their car washed by our individuals. He has generously supplied a bagel bonanza for breakfast for our staff and volunteers.

It is with the generosity and kindness that has always been given to our individuals that I would at this time like to ask for leniency and to express my gratefulness for considering my letter.

Sincerely,

Andrew Baumann, FAPA
President/CEO



114-04 Beach Channel Drive
Rockaway Park, NY 11694

718-634-3030

November 27, 2017

Dear Judge Irizarry:

I am hoping you'll show leniency to Rob Pisani.  Although I know him through business mostly, I think it's important that you know I found him to be affable and honorable.

For a little while we were competitors of a sort as his wife, Jamie, was publishing a rival newspaper.  Such a competition could have been quite contentious but that wasn't the case at all.  Although that newspaper eventually closed there were no ill feelings and Rob even began advertising his store in the paper I publish, The Rockaway Times.

At various public outings I saw him and his young family and it was clear that theirs was a loving family.  I hope that's something you will consider as well.

I'm certain many friends will vouch for him.  To that, I would like to add my praise for him from a business perspective because in that regard I have the highest respect for him.

Should you need further information I would be happy to comply.  Thank you, your Honor, for your time and consideration.  Please grant Rob Pisani leniency.

Sincerely,


Kevin Boyle

Honorable Dora L. Irizarry
Chief United States District Judge
Eastern District of New York
222 Camden Plaza East
Brooklyn, New York 11201

Re: United States v. Pisani, 17-CR-155 (DLI)

Dear Judge Irizarry:

  My name is Vincent Cannizzaro and I am writing this letter in support of Rob Pisani in the above matter before the court. I am a retired NYC Transit Police Detective and I was a Principal Investigator in the MTA Inspector General's Office for 13 years. I help run the C.Y.O. Youth program at St. Mary Gate of Heaven in Ozone Park for 25 years. I coached the Christ the King High School Girls Basketball team for 19 years and was an Assistant Woman's Basketball Coach at Stony Brook University for 4 years.

  I have known Rob for over 20 years and his wife Jamie played for me at Christ the King High School. My wife and I attended their wedding and we have seen them bring up two beautiful children. Rob has always worked hard and still given a great deal of time to his family. Rob enjoyed coaching his son's baseball team and it was easy to see how the other boys on the team responded to his coaching. He made all of them feel special and helped them enjoy the game. Rob has always been there to help in the community as much as he could.

  Knowing Rob and his family I respectfully ask the court to show him leniency in this case. Thank you for any consideration you will give Rob in this matter.

Respectfully,

Vincent Cannizzaro

Carolyn Sugden
Broad Channel, NY 11693


December 26, 2017


Honorable Dora L. Irizarry
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States Vs. Pisani. 17-CR-155(DLI)

Dear Judge Irizarry:

I am a friend of Rob Pisani and have known him for many years. I am a lifelong member of the Broad Channel community. I'm a Bilateral Lung Cancer Survivor since 2010 and am very grateful and Blessed for having this opportunity to express to you just how much Rob has helped us, not only through my personal ordeal having deliveries sent to our home until my husband was able to get there and take care of the balance but went above and beyond by calling in to check up on me to see if I needed anything at all, which says a lot all by itself.

I would also like to talk about the horrific storm Sandy that happened 5 years ago. Being a store owner, I cannot express enough to you how Rob and his family jumped in for the entire community giving away everything that he was able to salvage from his store for people to eat, use to clean, feed animals and whatever else they could do, not to mention the meals they cooked for entire families all while everyone lost everything in our community but so did they!! He has employed not only both of my children through the years but so many others from our community.

In closing, I would like to thank the court for considering my letter and would ask the court for leniency.

Respectfully,

Carolyn Sugden

Catherine Kroog
Broad Channel, New York

January 20, 2018

Honorable Dora L. Irizarry
Chief United States District Judge
Eastern District of New York
225 Cardman Plaza East
Brooklyn, New York 11201

Re: United States v. Pisani, 17-CR-155 (DLI)

Dear Judge Irizarry:

My name is Catherine Kroog, and I am a resident of Broad Channel, Queens, and I have known
Robert Pisani for over 10 years. I've always lived across the street from Rob's first
establishment, All American Deli, and grew up hanging out and shopping in his store. I would
go into the Deli every morning before school and I would see Rob with a smile on his face,
greeting his customers as if he knew them for years, and that was a prominent quality that
stuck out about Rob. He was always charismatic and genuinely happy, and that never changed
throughout the years.

I began my Deli career shortly after Rob opened up All American, and the workers greeted me
with such positive attitudes, I knew Rob was a good boss. I started working young, as a shy
and timid girl with very little work ethic. Rob taught me everything I know today. He taught me
what hard work was, and that it was worth it to work hard. I was always happy working for
Rob, and after all the years I never felt I was unappreciated. That's one of the many reasons
why Rob is able to maintain happy workers and a positive work environment.

Rob has always been a large part of our community as well as a store owner. As I grew at the
Deli, I became manager and was frequently asked for donations to the town's sports teams, or
small events that were going on. Whether it was food sent as a gift from Rob or a cash
donation, he never turned any request away regardless of what was going on in his life or the
Deli life. He always valued our community and the upbringing of our youth. It was and still is
important to him to make an effort and for people to know the person he truly is.

As the years went on working alongside Rob, I became close to his family. He has hired
numerous of my family members and helped them out as much as he possibly could. Myself
and my family would spend holidays and birthdays at the Pisani house and always felt
welcomed and loved. When I gave birth to my daughter, Rob was there to help me as much as
possible at work, but what meant more was his concern for myself and my daughter. His only
job was to be my boss, but instead I gained one of my closest friends, a man I can consider
family.

Your honor, I ask that you look at Mr. Pisani as the outstanding, generous, caring family man
that he is. I ask that you take into consideration who Rob is as a person, all that he has to offer

for his family, his business and his community. Please consider his young children and wife who need their father and husband with them. Thank you your honor for hearing my words.

Respectfully,

Catherine Kroog