Christopher A. Di Cocco
Massapequa, NY

11/22/17

Honorable Dora L. Irizarry
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *United States v. Pisani*, 17-CR-155 (DLI)

Dear Judge Irizarry:

I am Rob Pisani's friend and have known him for close to 20 years. I Live in Massapequa, NY. I am the Managing Director of a heavy duty maintenance corporation. I met Rob through a mutual friend and though he is a few years older than I, we instantly clicked. In our younger years we spent most of our time together. I have always been taught in my life that whatever someone is judged on, there is only one thing that truly matters and that is their Character.

A little background about me personally, I come from a traditional Italian family with values based in that heritage. I have been taught that family comes first above all. I have been taught that there is no inconvenience when it comes to helping others. The reason I say this, is because this is the reason I believe that Rob and myself hit it off so well. Over the course of 20 years I have watched Rob bend over backwards to help those who need it. This could be as simple as a phone call to a contractor to help a friend in need or as big as supplying food to a grieving family (which in an Italian home is a staple). This pertains to me and my family as well.

I have 2 brothers and a sister, one of my brothers being older then I. My older brother left to live with my biological Father when I was young. My Father not having a desire to be part of mine or my other sibling's lives, unfortunately resulted in losing touch with my older brother. Rob has always been and continues to be like an older brother to me. He has always looked out for me as well as my younger brother. There is no time that I could remember that I didn't seek advice in any situation. His advice was always on the straight and narrow and in the best interest of me and my family. This continued throughout our lives together as friends, best friends and "brothers".

He has been a part of my wedding and I his, the purchase of homes, births of my children. Every major event in my life he has been a part of, offering advice and a helping hand. He has been someone I turned to and has never let me down. Rob's unwillingness to except the misfortunes of his family or friends' lives without lending a helping hand to make right is what truly has made him a role model for me and others that he has helped.

There was no such gesture as big as what I witnessed in the days after Hurricane Sandy. I watched as Rob went to sleep with his life in order only to wake up to a life of chaos. When he woke that morning he lost his house, his cars, and ALL of his businesses. What I also saw was someone who didn't focus on himself but instead rallied his neighborhood to help those who had it worse. In my mind he was the person who had it worse but not in his. Instead of worrying about himself and his family he went out soliciting business owners (my company being one of them) to contribute to the relief of families in need. He contributed money, time and personal energy into the rebuilding of his neighborhood. He hosted fund raisers, supplied food, helped in clothing drives all while his life needed just as much rebuilding. These selfless acts during disastrous times show the true Character of Rob.

I understand that mistakes may be made and bad decisions might get the best of any man, but I would ask that this letter serve as a small description of the true integrity of Robert Pisani. I would also ask that your sentence be lenient based on Rob's personal devotion to his family, and friends. I would like to Thank You Judge Irizarry for taking the time to read this letter and hope that it will be considered in your sentencing.

Respectfully,

Christopher A Di Cocco

Michael Christopher
Broad Channel, NY


February 9, 2018


Honorable Dora L. Irizarry
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   United Sates v. Pisani, 17-CR-155 (DLI)

Dear Judge Irizarry:

My name is Michael Christopher and I have known Rob Pisani for 15 years and worked
for him for 11 years.   Rob gave me my first job when I was 16 years old.  Rob was
always someone I looked up to as a kid and someone I always knew I could go to for
advice and guidance whenever I got into any trouble.  I always knew that Rob was
always looking out for my best interest and cared.  He was more of a friend to me than a
boss. Rob was always a reasonable guy to work for.   If I was ever having money troubles
he would allow me to pick up extra shifts and give me an advance on my pay if he knew I
was struggling.

Rob was always a huge advocate to the Broad Channel community.  He always went
above and beyond with any event that he could help out with.  Whether it was catering
the food for no charge or donating gift cards for raffles, he was always there supporting
the community.

Recently my father passed away in September of 2016 due to a massive heart attack.
This was one of the hardest points in my life and Rob catered free of charge breakfast and
dinner for the three days that we were grieving.  He took that burden of worrying about
the food to provide for my family for that hard time right out of my hands. That is
something I will always be grateful for.  He didn't have to do that but he did because that
is the kind of selfless person that he is.

Thank You for considering my letter.

Respectfully,

Michael Christopher

LISA CONZA
OZONE PARK, NEW YORK


January 3, 2018

Honorable Dora L. Irizarry
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:**   _**United States v. Pisani, 17-CR-155 (DLI)**_

Dear Judge Irizarry:

My name is Lisa Conza, I have had the pleasure of knowing Rob Pisani for over 25 years. I am currently an Associate Real Estate Manager for CBRE for the past seven years. I am also a mother to three beautiful children. I am fortunate enough to juggle working full time and being a mom. Not an easy task, but I am very grateful that I am able to provide for my family.

I met Rob when I was just 15 years old. His Uncle lived next door to my aunt and we became like family. We would go on family vacations together and have the best times. Even though my aunt no longer lives next door to his uncle, we have still remained very close friends. He attended my wedding and many of my family functions through out the years. When he married his wife, Jamie, my husband and I were extremely excited to be in attendance. It has been a blessing to watch him grow into the man he is today. He has truly been a good friend over the years. He is an adoring husband and the most incredible father. He is the first person to lend you a helping hand whenever it is needed. When Sandy hit, the work that he did for his community cannot go unnoticed. I would always joke with him that he should run for Mayor of Broad Channel because of all the work that his has done. Even though his business where affected by Sandy, his concern was for his community and to ensure that all his neighbors were okay during this time. He always finds the time to go and help in any way possible.

It is my sincere hope that the court take this letter into consideration at the time of his sentencing. Despite the current case, I believe Rob Pisani to be an honorable individual, a valuable member of his community and an overall good human being.

Respectfully,

Lisa Conza

Cory Fink
Rockaway, New York


June 2, 2018

Honorable Dora L. Irizarry
Chief Untied States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     **United States v. Pisani, 17-CR-155 (DLI)**

Dear Judge Irizarry:

       I am Rob Pisani's friend and have known him for approximately 20 years. I have been a Detective with the NYPD for over 20 years and serve in Rockaway, Queens.

       For over 10 of my 20 years of service, I did run the Precincts Century club which entails running events for the members of the precinct and their families. On numerous occasions we would have our events at Rob's establishments such as Christmas parties, club meetings and other events. Rob would always go above and beyond to make sure these events were run with expertise and professionalism. Rob owned several businesses that members of the precinct would frequent due to his high standards of running these places and the high quality of food and service he provided. It was also nice that all Rob's employees were members of the community that he served.

       I am asking for the Court to please show leniency and thank the Court for considering my letter.

Respectfully,

Cory Fink

Kim Crespo
Wellington, FL  33467


December 5, 2017

Honorable Dora L. Irizarry
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

Re: United States v. Pisani.17-CR-155 (DLI)

Dear Judge Irizarry:

I have known Rob for 45 years.  I lived across the street from him until I was in my mid twenties.  We started out as neighbors and soon after became like family.

Rob has always had a heart of gold and a natural ability to lend a hand for any reason.
I have watched him become a husband to an extremely wonderful woman.  A father of two beautiful children...his son who shares his father's heart and passion to help people.  His daughter...who has his sense of humor.  A business owner and a leading force in helping the community he resides in.

Rob has always been a family man and has taken care of his mother especially after his father's passing (he was only 20 years old).  He has since kept the responsibility of taking care of her and making sure she is always happy & secure.

I truly feel that if Rob was incarcerated it would hurt more people than it would help.  I have watched Rob do more good in his lifetime than most others.  I'm sure everyone around him would agree.

I hope and pray that you can find leniency for someone who is overall a very good human being.  I thank you from my heart for allowing me to express my feelings towards Rob.

Sincerely,

Kim Crespo

ROBERT DELIA
STATEN ISLAND, NY

3-18-18

Honorable Dora L. Irizarry
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:**     ***United States v. Pisani*, 17-CR-155 (DLI)**

Dear Judge Irizarry:

I am Rob Pisani's paper products vendor to his bagels stores and I have known him for approx. 8 years. I am a salesman for Imperial Dade we are a foodservice paper supplier. I have been in the foodservice paper business for 38 years and I have worked for Imperial Dade for the last 25 years. Most of my customers are Supermarkets, Restaurants and food establishments such as Rob's business.

When I first met Rob, I was impressed by the way he handled his business and treated his employees. One of his managers was going out on maternity leave and he restored her confidence by saying he would make sure her spot was held in her current position and he and the store would miss her managing and wished her well and was very sincere with his words.

Rob has always been professional with me and always paid his bills with Imperial Dade very prompt and actually on delivery. If he owed anything he would actually call me or the company because he did not want any balances or invoices open.

After super storm Sandy even though Rob's businesses and house were badly damaged or destroyed by water he was still very positive and that impressed me personally. He helped the Broad Channel community in many ways giving free food, offering help to friends and family and helping his employee's and his church.

Rob always talks about his wife and children and how he is very proud to have such a good family. He is a huge NY Yankees fan and always takes his son to the home opener in the Bronx. He and his son are very close and look forward to the father & son tradition of watching Yankee games together. He plays sports with his son and daughter and is always smiling when he speaks about them. He helps a lot of young adults in the community giving them a chance to start working and get working experience. He employs a lot of people in the community and in turn helps their families. I have approximately 200 customers and have met thousands of people throughout my professional and personal life and I feel that Rob is a good man, husband and father and is a responsible businessman who lives up to his obligations personally and professionally. I can honestly say that Rob started as a customer but after getting to know him I consider Rob a friend as well.

Your Honor I would like to ask for leniency when you consider Rob's sentence he is an asset to his family and his community. I thank Your Honor for your time and considering my letter.

Respectfully,

Robert D'Elia

Kristina Davidson
Peabody, Massachusetts

January 30, 2018

Honorable Dora L. Irizarry
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:**   ___United States v. Pisani___, **17-CR-155 (DLI)**

Dear Judge Irizarry:

I am writing on behalf of Rob Pisani, who I have known for approximately eleven years. I met Rob through his wife, Jamie, with whom I have been good friends since we met freshman year of college in 1992.

The first time I met Rob, it felt like I had known him for years. He was warm and welcoming and from stories Jamie had told me, he treated her like a true gentleman. In the time I have known Rob, he has been nothing but kind and respectful…he is a hard worker, wonderful father to his two children, loyal to his family and friends and would literally give you the shirt off his back.

Rob's best attributes, without question, are his good heart and generosity. After Hurricane Sandy, he and Jamie, feeling helpless after having lost their home and businesses to damage from the storm, went to their deli, salvaged all of the items they could, and handed them out to people who were in dire need of any help they could get. It would have been easy for Rob to focus on what he had just lost, but instead, he chose to help his community; a great example of how Rob will put others first, despite any hardship he may be going through himself.

When deliberating Rob's sentence, I kindly ask that you ask that you take into consideration his good nature, kind heart and the countless good deeds he has done for his family, friends and community. Thank you for your time and consideration.

Respectfully,

Kristina Davidson

Lisa Ann Delfino
Franklin Square, NY

March 6, 2018

Honorable Dora L. Irizarry
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** **_United States v. Pisani_, 17-CR-155 (DLI)**

Dear Judge Irizarry:

I am Rob Pisani's friend and have known him for over 20 years. I am a wife, mother of 2 little boys and a teacher.

I know Rob in two different ways, as a very close friend and also as my employer. I have seen him help his community whenever they have been in need, I have seen him give jobs to those who were unemployed and needed work, I have also seen him help those that were less fortunate or in a financial hardship. Whenever someone needed anything he was always there for them without wanting or expecting anything in return. When I myself needed a job I knew Rob was the one who I could turn too.

I have also always felt fortunate enough to have Rob as a close friend for the past 15+ years. We have shared many memorable fun events together. I was a bridesmaid in his wedding since he married one of my closest friends. We have also been there for each other in the many years since his wedding, the births of our children and the many milestones in their lives. Through the years I have seen the type of husband and father Rob is. His family is one of the most important things to him and he shows that whenever you are around them. Throughout the years I always knew that if my family needed anything I could turn to Rob for help. He is just that type of person.

I ask the court for leniency when coming up with is sentence. I also thank you for taking the time to read my letter.

Respectfully,

Lisa Ann Delfino

Freddie DeLucia, Jr.
Long Beach, NY

January 14, 2018

Honorable Dora L. Irizarry
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** *United States v. Pisani*, **17-CR-155 (DLI)**

Dear Judge Irizarry:

My name is Freddie DeLucia Jr and I have been a friend of Rob Pisani since my early teens. I am proud to say that in the 25 plus years that I've known Rob we have become more like family.

I have always admired Rob for his ambition and willingness to take chances in pursuing his many business ventures. It takes a lot of courage!

I know that no one is perfect and we all make mistakes, some people learn from them and others do not. The Rob Pisani that I am going to speak about is an honest, hardworking, caring, loving friend, father and husband, who I can say is like a brother to me. He has always been there for myself and all the members of my family helping in any way he can.

One thing that will always stand out to me about Rob's character took place around 15 years ago. I am a third generation butcher and my father and I were working in the same butcher shop (as we always did) and we were given the opportunity to purchase the business. Obviously we knew the business well so we were very excited and began making arrangements to move forward with the deal. The shop was located within a few miles of Rob's market so we typically used the same vendors and representatives for our products therefore the news of my father and my endeavor easily spread.

It turns out that the seller we would be purchasing the butcher shop from had been lying about their retirement and had intentions of opening up another location in the same area. This move would allow them to keep their existing clients leaving my father and me with only a portion of the business we thought we were purchasing.

Here is where Rob comes into the story, out of all the people who knew that this was happening from the vendors, to our customers, to people my father knew his entire life, Rob is the only person who told us the truth about the deception. It was his honesty and loyalty that showed my family the type of man he was and kept us from making a big mistake.

Since this day over 15 years ago Rob and I have celebrated countless birthdays, holidays and weddings, attended funerals, charity functions and shared vacations together and it honestly all has been wonderful to experience with an individual like Mr. Pisani full of priceless memories.

Rob's mistake should not define him, mistakes are not who we are they are poor choices we have made. The choice that should define him is the choice he made to leave Howard Beach and build a home and new life for his family, doing so in the same neighborhood that his business exists in order to be a productive member of the community that supports him. Honorable!

Respectfully,

Freddie DeLucia Jr.

Bruce E. Dreizen
Howard Beach. New York

May 22, 2018

Honorable Dora L. Irizarry
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Pisani, 17-CR-155 (DLI)

Dear Judge Irizarry:

I am Rob Pisani's friend and I have known Rob for nearly 30 years. I have known Rob as a result of my involvement in the Ozone Howard Little League.  My function in the Little League was as the Player Agent.  The Ozone Howard Little League was presided by Al Stabile as President of the Little League and Councilman.

Rob was an active Manager and Coach in the Little League and managed ball players above and beyond the Little League and for many years thereafter.  Rob dedicated his time for all ball players and assisted my two sons for many years.

Rob would volunteer in the community and would always have his teams participate in community parades given Rob's dedication to his friends and family.  I am hopeful the Court will be lenient, and I thank the Court for considering my letter.

Respectfully,

Bruce E. Dreizen

Stacey Farella
NY, NY

November 29, 2017

Honorable Dora L. Irizarry
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:**   ***United States v. Pisani***, **17-CR-155 (DLI)**

Dear Judge Irizarry:

     I am Rob Pisani's friend for many years. I am the office manager of Weichsel Beef Co I have known Rob since my teenage years and have always referred to him as family not just a friend. His brother Alex and my cousin John have been friends since children. I have very fond memories of Rob, always smiling and always watching out for me when I would see him in clubs, he was a DJ for years. He was the guy that always watched over the girls that he knew. It showed me, at a young age, that there are good guys out there.

I also know Rob on a professional level when he would purchase meat from Weichsel Beef. As the office manager of Weichsel Beef one of my jobs is collections, which at times is very difficult. When Rob would call about invoices or payments the Rob I knew as a teen was still there. Not only would he be kind and caring but he had grown into an honorable man whose sole concern was paying for the merchandise he purchased and not having any debt with Weichsel Beef.  In the industry that I work in that is not the norm.

I'd like to thank the court for taking the time to read this letter, and for showing leniency when considering the future of "one of the good guys."

Respectfully,

Stacey Farella

Allison Ferla
Mickleton, NJ

March 7, 2018

Honorable Dora L. Irizarry
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:**   _**United States v. Pisani**_**, 17-CR-155 (DLI)**

Dear Judge Irizarry:

I am Rob Pisani's friend of many years. I met Rob after he started dating his wife, Jamie, who is a longtime dear friend of mine.  I knew from the day I met Rob, that he was a perfect match for my friend, roommate and teammate, Jamie.

The first time I met Rob, I was visiting NYC and Jamie introduced me to Rob and she told me that he was "The One" and boy was she correct.  He drove us around and took it upon himself to point out everything beautiful New York has to offer and was boasting with pride over his city and community.  His love for Jamie, his community, family, generosity and kind heart were what I immediately noticed about him.  He always had a way and still does of making every person he interacts with feel like they are the most important person to him.  He is an amazing husband and father and his children are proof of that.

Please consider Rob's character when making your decision.  Thank you for reading this letter.

Respectfully,

Allison Ferla

June 1, 2018

Honorable Dora L. Irizarry
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   **Re:**  ***United States v. Pisani*, 17-CR-155 (DLI)**

Dear Judge Irizarry:

  I write this letter on behalf of Robert Pisani.  I have known Mr. Pisani for approximately five years in my capacity starting as a transactional attorney and then as friend.  I must say that I was rather surprised upon learning of the present case and the circumstances surrounding same because in my experiences with Mr. Pisani, there has never been mention of such dealings; nor would I have had any reason to be aware of such dealings through the behavior that I have witnessed.

  Through my dealings with Mr. Pisani, be they contract negotiations, closings, etc., I have found him to be of honorable character, who shared a mutual respect with his business associates, employees, and vendors alike.  No one who I have interacted with has had anything bad to say about Mr. Pisani.   I have witnessed his attention to detail and constant drive to satisfy his customers.

  When I was involved in the planning of local beach family day in memory of a 9/11 victim Firefighter, Mr. Pisani kindly and generously donated pizzas, without request, to feed all of the children who were spending their day surfing at the beach in Rockaway.  His generosity did not go unnoticed by all of the participants.  I am sure this helping and donating to such events is a regular occasion to Mr. Pisani.

  Additionally, upon the recent passing of my father in law, Mr. Pisani was one of the first to offer condolences and support to my family during my wife's difficult time.

  I have witnessed both Mr. Pisani's devotion to his family and his family's devotion to him.  Rob's wife has stood by with grace and support and unwavering devotion as he has struggled through the past year.  I know for a fact that Rob has been extremely troubled by the fact that he has not been able to coach or attend his son's baseball practices and games.

Though I have only known Rob for the most recent five years or so, I can state to the Court that the person that I know appears to have left whatever questionable life that he may have had behind him and he continues to act as productive member of society today and he would certainly be a benefit to any community that he resides.  I personally, based upon the behavior of the gentleman that I know, see little benefit in taking Rob from his family, friends and community that appreciate him greatly.

I thank you, your Honor, for taking my thoughts into consideration as you deliberate on the appropriate sentence for Mr. Pisani. I stand ready to offer further support to Mr. Pisani as he or this honorable Court may require.

Respectfully submitted,

_____

s/Justin Jay Freedhand

Joseph Gagliardotto
Howard Beach, NY

1/18/2018

Honorable Dora L. Irizarry
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:**   ***United States v. Pisani*, 17-CR-155 (DLI)**

Dear Judge Irizarry:

Rob Pisani and myself have been friends for 27 years, he's like a brother to me. I am a retired City Inspector from the NYC D.O.B with over 10 years of service as a civil servant. I am presently a Construction Project manager and partner of Rob's in business.

We have owned All American Bagel & Barista for the last 2 1/2 years now. Rob has been a great partner and mentor of mine in the deli and food industry. He has taught me the ins and outs of running a successful business. He has been my role model on how to communicate with the staff as well as to our loyal customers. Together we have established a large charity base through our business, he is always looking to help people out.

Rob is a caring, giving father of two and a dedicated husband who has a big heart. He is well known throughout his community as a giver. Whenever I need advice, someone to talk to, a shoulder to lean on, Rob is there for me. That's the type of guy he is, his door is always open. Everyone, should have a friend like him.

Please be lenient on Rob Pisani's sentencing because he is an asset to his community. Thank you for taking my letter into consideration.

Respectfully,

Joseph Gagliardotto

Honorable Phil Goldfeder
Far Rockaway, NY 11691

May 30, 2018

Honorable Dora L. Irizarry
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**_Re: United States v. Pisani, 17-CR-155 (DLI)_**

Dear Judge Irizarry:

I have known Rob Pisani and his wife for more than 7 years and worked closely with them on many occasions in my capacity as a New York State Assemblyman representing the 23rd District in southern Queens and Rockaway.

My first meeting with Rob took place after I was elected, when he offered his guidance and assistance with any community issues. After Sandy when he was spending time cleaning up his own property and yet found time to help anyone and everyone in the community who needed assistance, Rob would open his doors for my staff to utilize his stores in Broad Channel and Lindenwood for our community mobile office hours where we greeted dozens of constituents who were looking for all kinds of help. Most notably, Rob worked alongside me and the United States Postal Services to help bring services to the Broad Channel community that had been without mail services after the post office was destroyed during Hurricane Sandy. Rob has been a tireless partner and advocate for the community and has done so without asking or receiving deserved recognition.

Thank you for your time and consideration.

Respectfully,

Hon. Phil Goldfeder
Former Member of Assembly
23rd District, Queens

RICHARD GREENSTEIN
NEW YORK, NY

Date: 01/12/2018

Honorable Dora L. Irizarry
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:**   _**United States v. Pisani**_, **17-CR-155 (DLI)**

Dear Judge Irizarry:

My name is Richard Greenstein, and I have been Rob Pisani's friend for over 15 years. I have run my own talent agencies in Manhattan for the last 18 years, my current company is called Kream Group LLC. (www.kreamgroup.com)

Rob Pisani is a very compassionate and trustworthy man who I am proud to call my friend. I only have seen him as being an extremely generous friend and dedicated family man over all the years I have known him. He truly has always been such a great friend to me, and someone that I can always count on. Recently I was going through something difficult in my personal life, and Rob always took the time to sit and talk and be available whenever I needed him. He really was there for me. He is someone that I am always able to trust that will be there to lean on.

With this statement I want to ask the Court for leniency and thank the Court for considering my letter.

Respectfully,

Richard Greenstein

Vincent Guiffredo
Brooklyn New York

June 5th, 2018

Honorable Dora L. Irizarry
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: *United States v. Pisani,* 17-CR-155 (DLI)**

Dear Judge Irizarry,

My name is Vincent James Guiffredo and I have been a friend of Rob Pisani's for approximately 20 years. I am a Verizon communications worker and also a business owner. I am married with three young children and spend a good majority of my time coaching little league baseball.

I met Rob through a mutual friend, Joseph Graffagnino, who was a firefighter who died in the line of duty in 2007.  Joey and I were best friends and he was an overall wonderful person. He spoke very highly of Rob and considered him a good friend. When I met Rob I could instantly tell why Joey spoke so highly of him. Around this time I opened up my first business, a bar/restaurant in bay ridge and Rob volunteered his time to help me put in the sound system. It was not an easy task, but Rob never complained. He spent weeks helping me with not only the sound system, but timely tasks and never asked for anything. I remember being amazed at how generous and selfless he was.

When Joey passed away, it was a very rough time in my life and Rob and I spoke often. He always wanted to make sure I was doing okay even though he was grieving himself. I began a firefighter charity event in memory of Joey and Rob volunteered to provide the event with t-shirts to help raise money. He put a lot of time and effort into making the t-shirts in memory of Joey, and again, never asked for anything. If something is going on and Rob knows he could be helpful, he has no problem offering a helping hand.

I don't doubt for a second that Rob's greatest joys are his wife and children. He always has a funny story to tell me about something one of his children have done and it's easy to see how proud he is of them. I know that they need him and I am asking you for your leniency with this matter.  Thank you for considering my letter and taking the time to get to know what a truly generous man Rob Pisani is.

Respectfully,

Vincent J. Guiffredo



November 17, 2017

Rob Pisani
All American Channel Market
925 Cross Bay Blvd
Broad Channel, NY 11693-1125

Dear Rob,

The Wheelchair Sports Federation would like to thank you for your generous donation of Lunch for 3 separate Events that you made to help support Wheelchair Sports in the United States. As required by income tax regulations, this is to acknowledge that Wheelchair Sports Federation has not provided you with any goods or services of substantial value. Please keep this letter for your records.

On behalf of grateful Paralyzed and Disabled Athletes everywhere, I would like to extend our most heartfelt thanks to you for your outstanding support of Adaptive Sports, especially Wheelchair Softball.

It is our mission to continue and build upon over 70 years of service and dedication to the Disabled and Adaptive Athletes around the world. Because of good friends like you, we will be able to continue to help people lead better lives through Adaptive Sports since World War II.

Once again, thank you and please feel free to call me if I can be of any further assistance. I can be reached at (917) 519-2622 or by e-mail at

Sincerely,

John Hamre, President

Re:
- Wheelchair Football Clinic – Victory Field, Queens NY– Sunday September 17, 2017
- 17th Annual Major League Wheelchair Softball Tournament–Victory Field, Queens NY– Saturday September 23, 2017
- 10th Annual Wheelchair Football Championship – Victory Field, Queens NY– Saturday October 21, 2017

*This acknowledges that a donation of 9 – 6 foot sandwiches (3 each day for 3 days) & salads were received on 9/17/2017, 9/23/2017 and 10/21/2017 by the Wheelchair Sports Federation. No goods or services were provided in return for this gift. Please retain this letter for tax purposes.*

6454 82nd Street • Middle Village, NY 11379-2329 • (917) 519-2622 • Federal Tax ID #26-0601491
**www.WheelchairSportsFederation.org**

Stefanie Hanley
Kings Park, New York

January 15, 2018

Honorable Dora L. Irizarry
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** **_United States v. Pisani_, 17-CR-155 (DLI)**

Dear Judge Irizarry:

I have known Rob Pisani for most of my life.  We grew up in the Howard Beach community together, and he is a very close family friend.

Rob has always been a great and dependable friend. He never hesitates to help a fellow community member or friend in need.

Fourteen years ago, when our nephew was diagnosed with a physically devastating genetic disease, Rob was by our side and committed himself in helping my nephew and his family in any way he could.  Not only did he dedicate his time and resources over the years to the fundraising efforts, he also rallied many other community members to support my nephew and his family.  He was present and active in every single fundraising function we had.  If we needed something, anything for this deserving family, Rob made it happen.

It is a privilege to not only call Rob a friend, but also an honorary member of our family. He was another big brother to me growing up and now I watch him taking care of the younger members of my family, just as well as he takes care of his own family.

Thank you so very much for taking the time to read this letter in support of Rob.  I ask that you please take into consideration the many positive affects Rob has on our family and community.  He is a good works should not go unnoticed.

Respectfully,

Stefanie Hanley

Clair Honovic
North Bellmore, New York


January 30, 2018

Honorable Dora L. Irizarry
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:**   ***United States v. Pisani*, 17-CR-155 (DLI)**

Dear Judge Irizarry:

I am writing this letter on behalf of Rob Pisani as his good friend, having known him for 30 years.  I am a proud wife and mom of a little boy, and I work full time at an Anesthesia practice in Long Island.  I am also involved in my son's soccer and jujitsu activities in our community on the weekend.

I have known Rob from a very young age and I have known him always to be a caring, respectful human being.  He has always been the type of person you want to be around with a great sense of humor and a kindness towards others.   I am a pretty serious, down to earth person and so I always appreciated the funny and light-hearted side of Rob.  Over the years, we have shared many good times in high school and on weekends with all of our friends.  Rob and I both had a close knit, good group of friends who were loyal and kind to one another. We always treated our friends like family.  I believe that is why we have all remained good friends until today.

On a more personal level, I particularly valued his friendship when a very dear friend of ours, Susan, tragically passed away during vacation at the age of 18.  As you can imagine, that is a very young age to handle such horrific news.  But Rob was there through it all.  The friendship and loyalty he provided to me during that time has always, and will always, remain in a special place of my heart.  Friendships like that are priceless, irreplaceable and most appreciated.

I have also had the most pleasure watching Rob grow as a successful individual.  I have seen him create and manage a successful business, find the love of his life, get married and have 2 beautiful children.  Not only does he always clearly show respect and love for his wife, but he is an incredible, proud father who is very involved in their lives, cares for them lovingly and has been a role model that many who know him admire dearly.  I am personally not only happy for him but also very proud of all of his accomplishments.

I most admire that Rob is the type of person who will always do the right thing when called upon and he is honest and trustworthy.  As long as I have known him, he has always possessed good

morals, an obvious quality of a good upbringing.  I have known him to not only be a dedicated family man but he has always shown very high regard for his mom, dad and brother.

I have also seen Rob exhibit his best qualities in his community.   He has been known to donate food, hold fundraisers for various causes and help many during (and well after) Hurricane Sandy in 2012.  Even after losing his entire business, he spent a lot of time helping everyone else recover, putting their needs practically before his own.

I am respectfully asking that you give Rob leniency for all of the qualities I have highlighted above. He is not the type of person I could even imagine being away from his family when his positive character is so clearly one that belongs with his family as well as in the community.

Thank you for your consideration.  I very much appreciate the time you have taken to read my letter.

Respectfully,

Clair Honovic

Regina Hemminger
Broad Channel, NY

Honorable Dora L. Irizarry
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East

Re: United States v. Pisani, 17-CR-155 (DLI)

Dear Judge Irizarry,

My name is Regina and I have had the pleasure of knowing Mr. Rob Pisani for almost 20 years. I first met Rob as a child, when he opened the All American Deli in Broad Channel. Rob was a new comer to our small, close-knit community, but in a short amount of time he knew everyone. Rob has a kind and welcoming personality and is always friendly. One thing I have always admired about Rob was the way he treated everyone with respect. To know Rob is to love him.

I started working for Rob at the age of 14 years old. Rob not only taught me how to be a good employee, but instilled in me a work ethic and respect for all people that I will hold for a lifetime. Rob always treated me like family. When he got married and had children, I became a nanny for his children. I became very close to Rob and his family. Being in his home daily, I have seen first-hand the kind of father and husband he is. His children absolutely adore him. A true family man, Rob has devoted his life to giving his wife and children the best life possible, while instilling in them the important qualities and values that will benefit them in the future. His children are respectful and kind, just like him.

Mr. Pisani has helped me in many ways throughout my life. He has always encouraged me to stay in school and become successful. He always arranged my work schedule around my schooling, because he knew how important it was. He was always so much more than just my boss. He is a friend, a confidant, and a mentor. I know I can go to Rob for anything and he would be more than willing to help in anyway needed. I know this sounds cliché, but honestly, Rob would give the shirt off his back to anyone who needed. He has a huge heart. He and his family were always more than generous to me and always made me feel appreciated.

Not only has Mr. Pisani been generous to me, but also to our community. He has donated countless time, money, and food to our local athletic club, school, and town functions. He has also employed dozens of local children; giving them the opportunity to work while in school.

I ask you please, your honor, to consider the kind of person Mr. Pisani is. I ask you to please keep in mind his kind, and generous character. I ask you to please consider his young children at home who admire and cherish their father. I truly appreciate your time and consideration.

Respectfully,

Regina Hemminger

Marylou Howard
Broad Channel, New York

January 17, 2018

Honorable Dora L. Irizarry
Chief United States District Judge
Eastern District Of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  *United States v. Pisani. 17-CR-155 (DLI)*

Dear Judge Irizarry:

I have had the pleasure of knowing Rob Pisani as a friend for fifteen years. During the years of our acquaintance, Rob has employed me at his business for eight years. I will be forever grateful as it came in a time of need.

Rob's good deeds have not been limited to me as he has helped many people including young people with jobs always adjusting their schedules to enable them to attend school.

The community would be at a great loss if not for Rob. By supporting the BCAC with donations and personal help it has allowed the club to grow into the largest athletic center in Queens. His son and daughter are members of this wonderful club, Rob and his wife have been ever present at all the children's activities. This past year was sad not to see Rob in attendance.

In addition he never forgets a community member that has passed, sending the family meals in their time of need and attending wakes. I have personally been involved in this show of support.

Thank you, Your Honor, for taking these thoughts and considering the lowest possible sentence.

Respectfully,


Marylou Howard

# Jack DeSantis

June 5th, 2018

Honorable Dora L. Irizarry
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: Unites States v. Pisani 17-CR-155 (DLI)**

Dear Judge Irizarry:

I am Rob Pisani' friend, I have known Rob for about 20 yrs. I am currently employed as a sales representative for a food distributor. My current employment has given me the opportunity to work closely with Rob at his place of business. Besides working closely with Rob, I have also had the chance to interact with his employees, all of whom have nothing but love for him.

I was introduced to Rob about 20 years ago through a mutual friend; my wife who I was currently dating had just lost her mother. Rob at the time had a business in Broad Channel NY, he quickly offered it as a place where we were able to hold a fundraiser to raise money to help the family with funeral and burial costs. He expected nothing in return all funds raised that evening went directly to the family. Rob has also sponsored a few of the softball teams that I played on in local tournaments where the money raised was to help local families, and or charities. Rob paid for uniforms, and entry/league fees again expecting nothing in return.

Anyone who knows Rob knows him as dedicated father and husband. Rob has previously been a fixture at his sons little league games as well as at his daughter's activities. He has stood by his wife and helped her follow her dreams as she does with him too.

Your Honor, I am asking the court for leniency at the time of sentencing in the case against Rob. Please allow him to be the father and husband that I know him to be! Thank you for taking the time to read my letter and taking it into consideration.

Respectfully,

Jack DeSantis

Jack Battaglia & Susan Battaglia
Howard Beach, NY

1/21/18

Honorable Dora L. Irizarry
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:**   *United States v. Pisani*, 17-CR-155 (DLI)

Dear Judge Irizarry:

Robert Pisani has been a dear friend of ours for many years. He is a very sincere, enthusiastic and hardworking individual. His love and devotion as a human being has exceeded most in this vicious world. He has always shown his love for family and has made all the difference in his children's lives. We have seen Rob put family before work to always be there for whomever needs him. Rob is always ready to lend a helping hand, he is a man you can always rely on. He accepts everyone for who they are, and always shows compassion and consideration for all. A perfect scenario, our daughter lost her fiancé suddenly last summer and both Rob and his wife put together many donations and money to help my daughter, who is left to raise two babies on her own. There was an overflow of diapers, formula, wipes, toys from all of their friends and family from their surrounding neighborhood. Rob is irreplaceable as a dad, friend, husband, and has shown a significant impact to this world. We admire him in his drive and never gives up, when he falls, he picks himself right back up, so he can continue to give his family a good life. Rob is a cherished friend and an all-around gentleman. He has worked very hard to get where he is and truly deserves all that comes his way. Thank you for considering my letter.

Respectfully,

Jack & Susan Battaglia

Jaclyn Battaglia
Howard Beach, NY

1/4/18

Honorable Dora L. Irizarry
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:**   *United States v. Pisani*, 17-CR-155 (DLI)

Dear Judge Irizarry:

I am Rob Pisani's family friend and I have known him for my entire life. I am a 23 year old, college graduate who is pursuing my career in this competitive world.

Rob has been a friend, a family member, a boss, and an idol in my life. I used to work for Rob before I started my new career. He took me under his wing like one of his own children. I worked in one of his restaurants. He was always so helpful, taught me everything I needed to know and showed me how to succeed in what I was doing. He only wanted the best for all of his employees and has always been a very understanding boss. He knew life would get in the way sometimes and did not hold it against us.

Rob has always been willing to help anyone in need. A little over 1 year ago, my brother-in-law passed away. My sister was left as a widow, with two children (one girl who is now 1 and a half, and one boy who is going to be 4). Rob, his wife Jamie, and 2 children did everything they could to try and help during this horrific time in our life. Rob and Jamie set up a program for people to donate to my sister. His children even wanted to give up their own toys to give to my niece and nephew. One afternoon they came over and the kids had a great time together, these children are all so young but they know when something bad happens, we all have senses from the second we are born. The way Rob's children are being raised is incredible, they were nothing but giving and wanted to help.

We are all human, people make mistakes. Please have compassion and thank you for considering my letter.

Respectfully,

Jaclyn Battaglia

Catherine Jamin, MD
Rockaway Park, NY

June 3, 2018

Honorable Dora L. Irizarry
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v Pisani, 17-CR-155 (DLI)*

Dear Judge Irizarry:

I am a friend of Rob Pisani and first got to know Rob in 2000 when I lived close to Rob's business, the All American Deli. I would see Rob when I went to the deli to grab lunch or dinner and I frequented the deli almost daily the following year when studying for my medical school exams. Rob's traits of generosity and kindness were immediately evident as he greeted everyone in the store with a smile. His professionalism, warmth, and selflessness is known to everyone in the neighborhood and he has established himself as one of the pillars of our community. I am proud to call him my friend.

Rob is a supportive member of the community and this comes through in many ways. Rob has offered many local youth the opportunity to have employment and has instilled in them the importance of work ethic and taking pride in hard work. Rob has served as a mentor, teaching them management and leadership skills, and has even inspired a few to open their own businesses. Prior to medical school, I was a high school teacher, and some of my students also worked at the All American Deli. I was struck by their commitment and forward thinking with their careers. It was clear to me that Rob had a major impact on their development. These students are examples of many of our local youth who have been affected in a life changing way by the opportunity and experience that Rob has provided.

Rob is the epitome of generosity. You can always count on his support, whether it is donating time, as he did in building the new Broad Channel Athletic Club playground post Super Storm Sandy, or via his financial support of innumerable community efforts. This comes in the form of sponsoring many local teams, such as my volleyball team, donating to schools, anonymously helping friends in need, or donating money or food to countless neighborhood fundraisers. If there is a neighborhood need, Rob is the first to reach out, send food, donate time, or not allow someone to pay for whatever was ordered from his deli. Rob is a staple of our community and you can be sure that in some way, shape, or form, that Rob has been in the background, supporting whatever event is at hand.

On a personal level, I have witnessed Rob's love for his family. We have children the same age and Rob is a wonderful father. Rob is at all of his children's events, whether it is centered around sporting, dance, or music. Rob instills in his children the importance of discipline, respect, a sense of right and wrong, selflessness, and love. Rob has love for not only his own children, but he also has love

for all of the other children around.  My own children love spending time with Rob, and as a mother, there are few people that I trust more with my three girls.

I strongly vouch for Rob and his character.  In my thirteen years of practicing medicine, I've come across many people who give of themselves each and every day, no matter the challenges that come with it, and I consider Rob at the top of the list of those who embody selflessness, generosity and kindness.  I humbly request leniency of the Court when considering Rob's case and I thank the Court for considering my letter.

Respectfully,

Catherine Jamin, MD
Chief of Service, Perelman Center for Emergency Services
Chief of Emergency Critical Care
Perelman Department of Emergency Medicine
NYU School of Medicine

Jaz Pontic
Brooklyn, New York

Jan 18th, 2018

Honorable Dora L. Irizarry
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: United States v. Pisani, 17-CR-155 (DLI)**

Dear Judge Irizarry:

I am Rob Pisani's friend and have known him well for 12 years. I meet Rob while doing a job for a restaurant he was part owner in 2006. At that time my job was to install and help my clients adapt to a new point of sale system which is never easy for any business.

As with many clients who install this system after using pen and paper the learning curve is difficult and often causes the staff to rebel against it as they believe their jobs would be slowed down by this process. In all of my years of experience we have a 3 week rule: week one they hate the product and want to return it, week two they start learning about the features and how much information they are gathering about their business, week three they are used to the buttons and how easily they can place orders, change pricing, etc.

After some struggles with management and staff I was introduced to Rob who immediately was able to ease the tension by having an open mind and realizing that the system worked fine and was just in need of customizing which took time. Over the next few days Rob and myself completely overhauled the system and he even managed his staff to get to not only use the system but see how much easier it would make their job. Over the next few weeks, maybe even months Rob reached out for simple support and whenever onsite he always made sure that I had eaten a meal either during the training or after (in my career I have installed well over 500 systems and I can count on two hands the amount of times I have been offered food).

As time passed I offered Rob my cell number and freedom to reach out when they needed help which he rarely ever used, I have since opened up my own business which Rob supported from the first day by not only giving me his business but guiding me thru some business pitfalls I may have not seen coming. What always most impressed me about Rob was his relationship with his staff, I always asked him how are you able to manage all of this and his answer was it's really not that hard you just have to be nice and deliver on your commitment.

Over the years I have considered Rob a friend first and client second, my clients include a variety of people including lawyers, doctors, fortune 500 executives and regular blue color workers. In my 7 years of owning my business I have had the fortune of meeting some great people but only a few have

become friends like Rob. Since I have met him I have watched him transform his life from not only being a respected business man but a husband, father and a leader in his community always willing to help out others in need. I remember him telling me about the recreation center for the community which thanks to Rob I offered to help and donate my time for the Security and IT portion of the project. There have been countless times I have witnessed Rob help in situations just like this and always thought to myself this is how I would like to be in my community. This has without a doubt transferred over in his personal life, I have watched him with his kids and loving wife and he shows the same level of commitment and love. I see the same level of respect and selflessness in his kids today, and I know it is he who has instilled it in them.

In conclusion I would like to thank you Judge Irizarry for taking the time to read this letter and hope it may have given you a small glimpse in how much Rob has affected my life for the better. I'm sure I will be just one in hundreds of letters you will receive and hope you take into consideration that his character is one of helping others and being a good father and husband.

Respectfully,

Jaz Pontic

Donald H Jones (Skip)
Cincinnati, Ohio

11/28/2017

Honorable Dora L. Irizarry
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Pisani, 17-CR-155 (DLI)

Dear Judge Irizarry:

I have been friends with Rob Pisani since Sept. 2002. I am in the car business in Cincinnati and through a mutual friend I sold and delivered a vehicle to Queens N.Y. in Sept. 2002. When I got to the customer's house Rob and a few other friends were there excited to see the new BMW their friend had bought from an unknown guy in Ohio. A few weeks later Rob contacted me about getting a new vehicle. Once again I sold and delivered the vehicle. Rob started calling me about getting vehicles for friends & people he knew. After a while I asked Rob if he wanted to be paid for all the referrals. His reply was "NO". He simply said, give them the best deal you can. He even went as far to call me about a customer that was a hair dresser and ask I take special care of her because she was on a tight budget. This went on for several years until the economy tanked in 2008.

Rob & I had become very good friends. When he got married I traveled to N.Y. for his wedding and he traveled to Cincinnati a few months later for mine. We have stayed friends over the years. When Sandy devastated the Queens area I called to check on him and see how everything was. He replied that he had lost everything but would rebuild. It didn't surprise me that he would say that. What did surprise me was when he had to go because he ordered a bunch of pizzas for everyone in the neighborhood making sure they all had something to eat. Once again, helping others.

I understand and respect the court has a job to do. I would humbly ask that the court consider the man Rob has become. Rob is a business man, a community man & most important, a family man. A man that would help a guy from Cincinnati make a living without expecting anything in return.  I wish to thank the court for taking the time to consider my thoughts in making their decision.

Respectfully,

Skip Jones

Kathleen Keegan
Broad Channel, NY

June 2, 2018

Honorable Dora L. Irizarry
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:**   ***United States v. Pisani*, 17-CR-155 (DLI)**

Dear Judge Irizarry:

I know Rob Pisani for almost 17 years. Although I am not personal friends with him, he has given all 4 of my daughters jobs and my son a job over these 17 years. I am a mother and a grandmother who has always struggled for my family and had my children working to help at a young age. All American deli became that place for everyone of my children because of Rob. My family is honored to know him and we thank him for all he has done for us.

After Superstorm Sandy, all of Rob's establishments were either damaged or destroyed and at that time 2 of my children were working for him. Rob selflessly decided to help others before himself. He donated hours and hours of his time helping those in need. After getting 1 place back up and running, Rob donated coffee and bagels to all the locals and first responders helping all of us out. I remember hearing people in the street talking about how the guy who owns the bagel store is giving away coffee and bagels to everyone. But that's just how he is! I wasn't surprised by hearing of that! This community has received numerous donations from him and all his establishments over the past years. Broad Channel is lucky to have him as part of this community

At this time I would like to ask the court for leniency when deciding on Rob's sentencing and I would also like to thank the Court for considering my letter.

Respectfully,

Kathleen Keegan

Ashley Keegan
Broad Channel, NY


February 2018

Honorable Dora L. Irizarry
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:**     _**United States v. Pisani**_**, 17-CR-155 (DLI)**

Dear Judge Irizarry:

My name is Ashley Keegan. I would like to share with you my relationship with Robert Pisani. I have known Rob since I was about 5 years old and I have been an employee of his for the past eleven years. I have worked at every business Rob has owned and I had the pleasure of babysitting his two children in his home. This time has allowed me to get to know Rob very well.

Rob employed me while I was a high school student. Rob taught me responsibility and time management, which as an adult now I am most thankful for this.  Rob was always flexible with my work schedule, which allowed me to excel in school. Rob would always ask me how my grades were. A moment in high school that I remember was when he gave me his own personal computer to keep, just so I could do my homework assignments. Rob is always so helpful and generous.

Years later it was time for me to move away to get a college degree.  In the summers I returned home, Rob made it possible for me to have a job in those few short months. I am still thankful for him because it allowed me to save money for school.  Today, I am happily a registered nurse and I still work for Rob!

Over the years I have known Rob, he has done many great things for our community.  He is always willing to help others.  He has donated his time, food and money to provide for anybody in need.

I know Rob will always be there to support me since he has done just that since I was a young girl, so I hope you understand why I am writing this letter. I hope this letter touches on the positive character that Rob is and has been for years.  Thank you for considering my letter. I sincerely appreciate it.

Respectfully,

Ashley Keegan

Honorable Dora L. Irizarry
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Pisani, 17-CR-155 (DLI)

Dear Judge Irizarry:

My name is Jessica Keleher and I thank you for accepting this letter.  I am writing to you as a friend to Rob Pisani, whom I have known for 14 years and counting.  I had the honor of meeting Rob through his wife and my dear friend from college, Jamie.  I have a Masters degree and am currently a registered and licensed practicing Occupational Therapist.   More importantly I am a wife and a mother, with instilled core values, which have shaped me into who I am today.  Among these values is the belief that family is of essential importance.  I also value the qualities of compassion, loyalty, honesty, and courage, to name a few.  I have surrounded myself with friends, such as Rob, who encompass these qualities I value and in turn who have become family.

There are many instances which I can list where I have seen Rob in the role of a friend, going the extra mile to help.  I have to mention what Rob had done for the community in which he lived during Hurricane Sandy.  Rob was a pillar in his community donating his time, money and food to those in need.  Organizing and appealing to those who may be able to help for donations to disperse to anyone in need.  This was done while displaced from his own home, suffering losses but still going above and beyond for others.  Compassion for those going through a rough time and loyal to his community.

I have witnessed Rob in his most important role of a husband and father.  Rob and Jamie have the kindest of hearts, exude love, caring and happiness and are raising their children this way.  I've never known Rob to rest, working hard, day and night, to provide all he can for his family.  He somehow finds a way to coach his kids teams and be a positive influence in their lives.  Their children are happy, respectful and full of love for each other, family, friends and naturally their parents.  My hat goes off to Rob for keeping his children on a positive path during a difficult time.  A true testament to his character of courage defined as "strength in the face of pain or grief".

In my opinion it takes an exceptional person to admit their faults, especially with so much at stake.  Another quality Rob exhibits, integrity.  Being honest, respecting what is right and by doing so demonstrating he cares.

Rob possesses all of these core values that I find to be admirable and there are so many more.  With my belief that family is of utmost importance, I pray that Rob doesn't

have to spend one day away from his family and can remain the positive and steady influence in their lives.

I want to sincerely thank you for taking the time to read this letter and ask you kindly for your leniency in Rob's case. Thank you!


Respectfully,


Jessica Keleher

Andrew Knee Jr.
Broad Channel New York

May 30th 2018

Honorable Dora L. Irizarry
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: United States v. Pisani, 17-CR-155 (DLI)**

Dear Judge Irizarry:

I have known Rob Pisani since 2010 when he first hired me at All American Deli in Broad Channel. Since then, I have worked at multiple of his businesses from 2010-present. Over those years, I became quite close to Rob. Not only is he a great boss but he also became a good friend.

For me personally no matter what I was going through, I could always go to Rob for advice. He treated me as if I were his family and is always there for me no matter what I needed. Whether it was from asking to work to make extra money or helping me find a place to lease my first car, I could always count on Rob. He is a caring, and generous person and always treats his employees with respect and is always there for them when needed.

It is a great pleasure knowing Rob and I am happy to say I have someone like him that came into my life. Thank you for reading my letter and taking it into consideration.

Respectfully,

Andrew Knee Jr.

**Jessica Kroog**
**Brooklyn, New York**

**1/13/18**

Honorable Dora L. Irizarry
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:**   ___United States v. Pisani___, **17-CR-155 (DLI)**

Dear Judge Irizarry,

I have known Rob Pisani for over ten years, and he is a very close friend to my family and me. He has been a pillar of our community, providing any assistance or donations that he could during the aftermath of Hurricane Sandy.

He has also helped me in my personal life. Many people go through hard times in their lives, and I am no exception. However, Rob has always been there to give me sound advice and shown me positive and productive ways to deal with a problem, when I might have resorted to something negative or self-destructive.

Rob is a great family man. He is a wonderful father and husband and his dedication to them is paramount. He and his family have always welcomed me into their home and their lives with open arms and without judgment.  They have always been a positive influence when I needed someone to turn to.

Rob has instilled values that are still with me today. I can say without question that I would not be the hard working, honest, and trustworthy person that I am today without his influence. I look up to him as a friend and a mentor.

I ask that the court exercise leniency in regards to his sentencing. Rob is a good man, and he should be home with his family and continuing to make our community a better place.

I would like to thank the court for the courtesy of considering this letter.

Respectfully,

Jessica Kroog

Howard Lai

Forest Hills, New York

March 3, 2018

Honorable Dora L. Irizarry

Chief United States District Judge

Eastern District of New York

225 Cadman Plaza East

Brooklyn, New York 11201

**Re: United States v. Pisani, 17-CER-155 (DLI)**

Dear Judge Irizarry:

I am a friend of Rob Pisani's and I have known him most of my life, at least thirty-five years. I work for an immigration law office located in Manhattan for the past thirteen years. I am married with one child. I met Rob when I was ten years old, one of the very first friends I made when I move into Howard Beach. He has always been a true friend all these years, always around when you need to talk and never to say no to anyone that needed help. He is completely devoted to his family, always there for his children. Making sure he attends to all of their events giving his full support. When hurricane Sandy hit, he lost tremendously. Even when he was at his lowest point he was still able to hold it together for his family. I personally look up to him for being so strong for so long. And whatever strength he has left from all his turmoil, he used that to help his community Broad Channel. He has done so much for his community, helping those who are less fortunate from the storm. Even when Broad Channel has gotten back in its feet, his contribution has not stop. Anything he can help, he would with no hesitation. He is truly a wonderful person and I hope the court can this as well. I thank the court for giving me this opportunity.

Respectfully,

Howard Lai

Leah Pagano
Broad Channel, NY


May 22, 2018

Honorable Dora L. Irizarry
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:**   **_United States v. Pisani_, 17-CR-155 (DLI)**

Dear Judge Irizarry:

     I have been employed by Mr Pisani for over 10 years on and off. I started working for him 15 years ago and since then have become a good friend to him and his wife Jamie. He was and still is a great boss and had taught me many managerial skills that gave me the opportunity to excel in my professional and daily life. He was always fair, loyal and willing to help me and others whenever they needed it. I will always call him a friend as well as my boss.

     Furthermore, Mr. Pisani and his wife Jamie are a huge part of the community and they care about the well being of the people in this community. They attend community events, contribute to charity events and even go as far as to donate whatever necessary to help a friend in need. I have never heard them tell someone No when being asked to donate time or food to an event. Mr Pisani has a beautiful family with 2 beautiful children that need and depend on him to be in their lives. I personally have witnessed what a terrific father he is to them. I hope one day my children can learn from him like I have and work for him one day when that time comes

     I am asking the court for leniency for Mr Pisani when you sentence him. Please know that his family and this community depend on him all the time. The children in this town have always looked up to him at the store and on the ball fields because of how funny, generous and outgoing he is with them. Thank you for taking the time to read my letter.

Respectfully,

Leah Pagano

Dear Judge Irizarry:

My name is Leo Chavanne and I have been friends with Rob Pisani for well over 20 years. I currently serve as the President of the Broad Channel Athletic Club, a nonprofit that serves over 1200 youths in southern Queens. I am also a NYC Firefighter.

Throughout the last 10 years or so I have been on the board of directors of the BCAC in some facet. During my tenure in numerous positions Rob Pisani has been a tremendous supporter and amazing asset to the BCAC. Rob has had passion for the club helping in many ways from cleanup days, fundraising, and most of all coaching kids.

After Hurricane Sandy destroyed the club, all our fields and equipment, Rob was instrumental in getting the club back up and running. Rob has been also instrumental in keeping these same youth the BCAC serves off the street by employing tons of them. After Hurricane Sandy totally devastated our community, Broad Channel, myself and a contingent of NYC Firefighters and Police officers off duty formed a group to head out into the community and help in any way possible. The first person to reach out to me asking if there was any way he could help was Rob.

Rob opened up his store to not only to us but anyone who needed anything. Anything we were able to salvage from Rob's store such as water, canned food, batteries, etc., he gave to us to distribute to those in need. During a time when there was rampant price gouging and sheer greed amongst business owners, Rob showed his true colors and helped his community and neighbors without ever asking for anything in return. This is a testament to the kind of person Rob is.

I am a father of 3 beautiful young daughters my oldest being 17 and youngest 9. Over our years of friendship Rob has  raised a beautiful family of his own being an amazing father to his two young children and always being a part of my family and always being there for us if we ever needed anything. In closing I am asking that you look before you and see a man who is an amazing father, husband, coach , neighbor, community minded man who I am proud to call my friend.

Respectfully,

Leo Chavanne

11/23/17

Honorable Dora L. Irizarry
Chief United Stated District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: _United States v. Pisani. 17-CR-155 (DLI)_

Dear Judge Irizarry:

I am Rob Pisani's 2nd cousin Albert Mancuso and have known him my entire life. I am 45 years old and I am currently the Director of Operations for a Communications Company with over 300 employees called Tritech Communications. I am married for 13 years and have 2 children ages 12 and 9. Rob has been a huge part of my life growing up as we are the same age. I have spent a large part of my childhood growing up with Rob. I know this man very well. He is a model father, husband, cousin, friend and neighbor. Rob is the type of person that when someone is down or in need of help he would be there by your side without notice. I remember years ago my sister had a sweet 16 in February and there was a foot of snow that night. The party was ruined because no one was able to drive. Not in Rob's eyes. He rented a van and made sure to pick up and drop off everyone to the party in Brooklyn. He made multiple trips that day just to make his cousin and family happy. Rob has a big heart. Whenever someone needed a helping hand Rob was always there to help or encourage any situation. The amount of devastation everyone endured during Hurricane Sandy alone could break the spirit of a man. Not Rob, this man opened his Delis and started packing shelves outside of his delis and let the community of Broad Channel take what they needed to feed their families. All this while his own house was 6' under water. Rob is extremely dedicated to his wife and children. In fact, as the older generation of my family is starting to diminish the younger generation is starting to take the responsibility of family gatherings and this always starts with Rob. We have our Family Reunion every year at Rob's house along with Christmas Eve. Which have turned into one the family's favorite traditions. The entire family is devastated knowing what Rob and his family are going through. Rob has always been very charitable as well. Whether it's a fundraiser for an organization for Kids or for the local BCAC or just supplying food for a friend that has a loved one who passed. You can always count on Rob sending something to the house to make it a little easier for them during a rough time. Rob really does have a warm heart, and this is tough to write knowing the situation. I am asking the court please, please, please for leniency from the bottom of my heart. His children and wife need him home as a family and not away from them. The children need him most. They are very young and don't understand fully but they need him in there life. Lastly, I would like to thank the court for considering my letter.

Respectfully,

Albert Mancuso

Joseph Mauro
Rockaway Park, NY

12/22/17

Honorable Dora L. Irizarry
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:**   **_United States v. Pisani_, 17-CR-155 (DLI)**

Dear Judge Irizarry:

I, Joseph Mauro, am writing this on behalf of Rob Pisani.  Rob is a close friend of mine for over 20 years.  We grew up, went to school and played on the same baseball and softball teams together.

Rob has been more than a friend, he is like family to me.  He is the type of person that would give you his shirt off of his back.  I was fortunate enough to meet Rob over twenty years ago and have called him a friend since that day.  Rob is a pillar of dignity, distinction and a leader within his community.

Rob has always been there for me in any time of need but especially when I was going through a tough time in my life, when I lost my father.  During my father's rapid deterioration, Rob made sure to call several times a day and check-in on his well-being as well as visit him at the hospital several times a week.  Rob was the first one there day or night to talk.  He was there to help my family during the most difficult time in our lives.  When my father passed and food was the last thing on our minds, Rob made sure to bring over breakfast, lunch and dinner.  He sat in the house with all of us each day as we mourned.  He was there to constantly remind us of all the good times he had shared with my father and our family, putting a smile on our faces when all we wanted to do was cry.  This empathy and love shows Rob's character as a person.  Rob is not just a friend, he is family to everyone he encounters.

In addition to our friendship, he is an upstanding member of our neighborhood.  He always contributes in any way he can, whether it be to the church or local sports league.  Rob always gives back and has volunteered at St. Rose of Lima Church where he assisted in collections for the homeless.  He does anything and everything to help those in need.  I am proud to call him family.

It is my sincere hope that the court takes this letter into consideration and shows Rob the same empathy that he has shown others.  Please show leniency for Rob, a truly extraordinary, caring and up-standing individual.

Respectfully,


Joseph Mauro

Angela Mayer
Howard Beach, New York

February 3, 2018

Honorable Dora L. Irizarry
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:    United States v. Pisani, 17-CR-155 (DLI)

Dear Judge Irizarry,

My name is Angela Mayer; I have been friends with Rob Pisani for more than 15 years. I am a widow with four children. We have lived in Howard Beach for twenty-six years.

When my twin sons and my daughter needed their first jobs, Rob was happy to give them an opportunity to work in The Bayview Restaurant. He was patient and understanding as he trained them for the tasks that would be required of them. Rob was a fair employer, who helped my children develop a good work ethic.

When my youngest son was born with an incurable neuromuscular disease, Rob came along side my family committed to raising awareness. He joined our fundraising efforts and sponsored many of our community events. Rob has a strong dedication to family, which I saw, grow as he started his own family. He loves spending time with his wife and children.

My family was devastated in 2014 when my husband pasted away very unexpectedly. When Rob found out he immediately came to my home to spend time with us. He assured me that we would have a fresh meal every day. We had an abundance of food; he knew there would be family and friends visiting our home.  Rob was with us every day that week, as we cried for our loss and as we laughed sharing memories of my husband.  Like a caring brother he did his best to make a hard time easier, always strong and supportive.

I am writing this letter on behalf of Rob Pisani, a good man who made a bad decision, to ask the Court for leniency as his sentence is determined. I thank the Court at this time for considering my letter.

Respectfully,

*Angela Mayer*

Angela Mayer

MEGAN ROSE MCCABE
ROCKAWAY, NEW YORK

January 30, 2018

Honorable Dora L. Irizarry
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:**   *United States v. Pisani*, 17-CR-155 (DLI)

Dear Judge Irizarry:

I am Rob Pisani's friend, Megan Rose McCabe, I have known Rob for as long as I can remember, his family and extended family has been a big part of my life, my whole life, and I am lucky enough to say I know him. I am a hospitality manager, for a company located in Midtown, NYC. I'd like to add I have Rob Pisani to thank for where I am in my career. Rob gave me a job in his restaurant in 2008, where I strived, and learned to love everything about the hospitality industry.

Rob is a family man, and anyone who he comes into contact with, he treats as just that, family. The work he has done in Broad Channel alone, helping people who lost everything due to Hurricane Sandy, when he himself was hit by it, opening his stores, in a timely fashion, so that the people of the community could feed their families, shows the kind of person he is. He cares. He wants to help. His dedication to his family, his wife, Jamie, his children, his mother Alice, his brother Al, is something I've always admired about him. He strives to make the best life possible for all of them. Rob has been there for me countless amounts of times, from opening up his home on Christmas Eve so myself and my mother could celebrate with loving, caring people, to giving me a job which played a huge role in bringing me to my success in the restaurant business. Rob has always made people feel welcome, and comfortable. So I ask you, Judge Irizarry, please give Rob a chance, his family needs him. The community needs him. He is a good man. I thank you for considering my letter.

Respectfully,

Megan Rose McCabe

Melissa Orlando
Howard Beach, NY 11414

January 31, 2018

Honorable Dora L. Irizarry
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Pisani 17-CR-155(DL1)

Dear Judge Irizarry:

I am Rob Pisani's friend and have known him for over 35 years. I am a resident of Howard Beach and have lived here my entire life. I am a Business Manager for a Chemical company and a mother of 2.

Rob attended the same elementary school as I did growing up and was in the same class as one of my family members. He was always a very nice kid and had many friends growing up. I always remember him being the kid that always would help anyone in need even at a young age. As the years progressed that is one thing that did not change. Rob and I crossed paths again some years later, I held a party at one of his businesses for my husband and there wasn't one thing that I requested that he would not do for me. I remember him saying "It's your party, I am here to make you guys happy" and he did exactly that.

When Hurricane Sandy hit Rob helped immensely with the community even though his family was in devastation as well by the hurricane. He could not be stopped, helping people he never met, giving out food and supplies to those he needed. Rob is a true genuine person with a heart of gold and I ask you to take into consideration all the good he has done throughout his life and be lenient with his sentence.

Respectfully,

Melissa Orladndo

Michael Christopher
Broad Channel, NY

February 9TH, 2018

Honorable Dora L. Irizarry
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   United Sates v. Pisani, 17-CR-155 (DLI)

Dear Judge Irizarry:

My name is Michael Christopher and I have known Rob Pisani for 15 years and worked for him for 11 years.  Rob gave me my first job when I was 16 years old.  Rob was always someone I looked up to as a kid and someone I always knew I could go to for advice and guidance if I ever got into any trouble.  I always knew that Rob was always looking out for my best interest and cared.  He was more of a friend to me than a boss. Rob was always a reasonable guy to work for.   If I was ever having money troubles he would allow me to pick up extra shifts and give me an advance on my pay if he knew I was struggling.

Rob was always a huge advocate to the Broad Channel community.  He always went above and beyond with any event that he could help out with.  Whether it was catering the food for no charge or donating gift cards for raffles, he was always there supporting the community.

Recently my father passed away in September of 2016 due to a massive heart attack.  This was one of the hardest points in my life and Rob catered free of charge breakfast and dinner for the three days that we were grieving.  He took that burden of worrying about the food to provide for my family for that hard time right out of my hands. That is something I will always be grateful for.  He didn't have to do that but he did because that is the kind of selfless person that he is.

Thank You for considering my letter.

Respectfully,

Michael Christopher

**Michael Falco**
**Howard Beach, NY**

February 20, 2018

Honorable Dora L. Irizarry
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: _Unites States v. Pisani_, 17-CR-155(DLI)

Dear Judge Irizarry:

I have been friends with Rob Pisani practically my entire life. From introducing me
to my first girlfriend, to when he coached my team in little league when we were
teenagers who didn't really know what we were doing at first. Rob saw something in
us and put in the work to make us the best we can be, because that's just the kind of
guy that Rob is.

Rob is the main reason why I am a DJ today and have been for 20+ years.  I used to
watch him DJ and thought he was so cool! I wanted to do the same thing when I
grew up. He always looked out for me like an older brother and was considered part
of my family. He was always there when I needed him, day or night, for any reason.
He took me to get my first turntables when I was like 14 years old. I will never forget
that, it meant the world to me.

As I got older, I would tag along with him to his various DJ gigs, help him out and
learn the ropes, which turned my childhood dreams into reality.  Until this day I am
a DJ and Rob has gotten me countless gigs throughout the years at various venues
that then turned into repeat business for me. None of which would have been
possible without his training and guidance. He took me under his wing like his little
brother and I am and will always remember what he so selflessly did for me.

I am writing this letter today on behalf of my friend Rob who I truly love and care
about, to ask for the courts' leniency in his sentencing and thank you so much for
considering my letter.

Respectfully,

MICHAEL J. FALCO

Janaury 20 2018

Honorable Dora L. Irizarry
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:**   *United States v. Pisani*, 17-CR-155 (DLI)

Dear Judge Irizarry:

      My name is Daniel Mundy and I am a 55-year-old life long resident of Broad Channel NY. I am currently the President of the Broad Channel Civic Association which is the primary organization that works to represent the residents of this island community. I have been the president of the civic association for the last ten years. I am an active New York City Firefighter holding the rank of Battalion Chief, assigned to the 58th Battalion, and I am in my 34th year of service. I am also the vice president of the Jamaica Bay Ecowatcher's
( Jamaicabayecowatchers.org) the leading environmental organization working to protect and preserve the critical waters and habitat of Jamaica Bay.

I am writing to you today on behalf of Robert Pisani as I understand he will come before you shortly to be sentenced and I ask you to consider the following character aspects that I have encountered as well as his very positive impact to this community.

On the personal level Mr Pisani has shown himself to be a committed family man and a loving father very involved in the rearing of his young children. On the community level I have come to him on numerous instances asking him to support various town functions, sports events, and cleanups with either food, water, or supplies (from his previously owned All American Deli) and he always was eager to help in any way that he could.

His store was a welcome addition to a small island town which had only a small bodega for years. It became the center point of the town offering residents a selection of food and catering options that had never existed before. It was the leading employer in town of the young adults who were looking for work and in every instance those parents would relay to me how those jobs were a great experience for these children and how it kept them form hanging out on the corner. After Hurricane Sandy our post office was washed away (it was previously in a small bagel store front

). I approached Mr Pisani who had only just finished the work of reopening his store which had been flooded as well. I told him of the problem of our no longer having a location to house the post office. He immediately offered to make adjustments to his store to accommodate our need stating that he realized the importance for the many older people on this island who needed this facility. He subsequently made major changes to the store layout to fit this facility in and this cost him significant funds to make these changes.

Mr Pisani has been a great asset to our town and a positive force in this neighborhood. I hope you can consider these comments in your determination of the sentence to be rendered and I thank you for your time in reading this letter

Respectfully Submitted

Daniel Mundy

Elizabeth Murray
Howard Beach, New York

1/29/18

Honorable Dora L. Irizarry
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:**   *United States v. Pisani*, 17-CR-155 (DLI)

Dear Judge Irizarry:

I am Rob Pisani's former employee and have known him for the past 12 years. My name is Elizabeth Murray and I am currently a speech language pathologist working for two public schools in the Department of Education. I started working for Rob when I was 18 years old and was fortunate enough to work for him all through my undergraduate program and master's program. This was all possible because of Rob's character. He always told his employees that school came first and was extremely flexible with all of our schedules. I remember a specific time, when I was overwhelmed with both school work, and the never ending bills that I had to pay. Rob always allowed me to study at work, do homework, and change my schedule every week so that it made things a little easier for myself. He would take the time to listen to me vent and complain and I admired his ability to give some great advice even though school was never really his thing. Specifically, when I went away for college, I remember calling Rob to see if it was at all possible if he could put me on the schedule each weekend that I came home. He replied with a simple "Yes, let me know a few days ahead of time and you can work". A weight was lifted off my shoulders and I was so thankful. That was Rob, he always looked out for his employees. If he knew of an upcoming event that he needed help with, he would reach out to me knowing that I could use the extra money. It has always been so clear to me that Rob is a guy who cares about people. Just the other day I attended a basketball game at a Catholic School in the area. My nephew happened to be playing against Rob's son's team. As I sat and watched the game, I overheard a group of parents say that every kid on their team received brand new matching sneakers, donated by Rob Pisani. It is moments like this one that make me proud to have worked and become friends with Rob. More importantly it is moments like this one that do not surprise me. Supporting sports teams, fundraisers, donating his time, money, food etc. are all things that have been consistent in Rob's life. He is a giver and most people wouldn't even know it because he never brags or boasts. He simply gives to support his family, his friends and the surrounding communities. I write this letter today to ask the court for leniency. Rob is a good man, he is a family man, he is hardworking and generous. Please take these and so many other letters that prove these qualities exist into consideration. I thank you for your time in reading my letter.

Respectfully,
Elizabeth Murray

Robert Necega
East Rockaway, NY

February 1, 2018

Honorable Dora L Irizarry
Chief United States District Judge
Eastern District of New York
225 Camden Plaza East
Brooklyn, New York 11201

Re: United States v. Pisani, 17-CR-155 (DLI)

Dear Judge Irizarry:

My Name is Robert Necega. I am Robert Pisani's Cousin. I am a member of Local 157 NYC United Brotherhood of Carpenters. I reside in East Rockaway with my wife and three children.

I am writing to you so you can judge Robert on his true character and the person he truly is. Robert has been like a big brother to me our entire life. Robert's upbringing was all about family. His parents were always so loving and their home was a place that we all gathered. As we grew older and now have children of our own, Robert and his wife Jamie have continued to keep our family's traditions going.

I have always looked up to Robert because of his kindness and selflessness to help others with anything they needed. Robert is and always will be one of the most upstanding and loving people I will know.  Robert is an Amazing Father, Husband, & Friend as well as respected Community Supporter.

I would like to ask to Court to show leniency in Robert's sentencing. His Family and his Community need him!

Respectfully,

Robert Necega

John Grillo.
New York, New York

November 28, 2017

Honorable Dora L. Irizarry
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:**   ***United States v. Pisani*, 17-CR-155 (DLI)**

Dear Judge Irizarry:

I am Rob Pisani's friend and have known him most of his life.  I am the current Vice President of Weichsel Beef Company in NYC and have been friends with the Pisani family since his brother, Alex and I were children.

Since Rob was very young he was always working. He knows the value of a day's work and what that means to the prosperity of his mother, brother, wife and children.  When his father passed away he stepped up to the plate, even at his young age, and became the "man of the house." This was no small task but he handled it as best he could by working hard and never loosing sight of the welfare of his family.

I ask the court and the Honorable Judge to please take this into consideration when deliberating the future of a friend, father, brother, son and hardworking man.

I thank the court for this opportunity and ask for leniency for Rob, as well as leniency for his family which so desperately relies on him.

Respectfully,

John Grillo

Amanda Plunkett
Howard Beach New York

May 30th 2018

Honorable Dora L. Irizarry
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: United States v. Pisani, 17-CR-155 (DLI)**

Dear Judge Irizarry:

I have known Rob Pisani since July of 2009, when he first hired me to work at All American Deli in Broad Channel. I am now 26 years old which made me 17 when I first met Rob. I work in a freight forwarding company in the accounting department. When Rob hired me, it was my first job right out of high school. I started At All American Deli and eventually made my way through all of his business such as Two Nine Deli in Rockaway Beach, Rock N Roll Bagel which is now Bagel and Barista II, Rocco's Pizzeria and All American Bagel Barista.

Even though I have moved on from Rob's business, he was always an amazing boss. There came a time where I had moved away from home, and when I moved back I knew I could rely on Rob to have a job waiting for me. Also, when leaving his business for different jobs, Rob was always there with open arms ready to give me a shift or two if I ever needed the extra money. He was always a great person to work for, making his business a fun and safe environment. He was always respectful towards me and as the years went on he was not only my boss but became family.

Rob was always there for me when I needed some advice, or someone to talk to about anything. In his business, he always had my back when it came down to customers being disrespectful, or issues with coworkers. I remember one day, there was a problem with a customer and in his words, he had said, "I treat these girls as if they were like my daughters, you're not going to speak to them like that". I know that if I ever needed anything, Rob would always be there to try to help me to the best of his ability; then, now and in the future.

Rob has always donated from his own business to events that were trying to raise money for some type of cause whether it was big or small. Even after Hurricane Sandy, when his business came crumbling down, Rob's doors to the Deli were open, giving stuff to people in need. I ask the court to show some compassion when sentencing Rob Pisani. He is a good, reliable, and caring person inside and out not only to me, but to others as well. Thank you for taking my letter into consideration with hopes it serves its purpose.

Sincerely,

Amanda Plunkett

Martin Robinson
Denver, North Carolina

February 10, 2018

Honorable Dora L. Irizarry
Chief United States District Judge
Eastern District of New York
225 Camden Plaza East
Brooklyn, New York 11201

Re:     **United States v. Pisani, 17-CR-155 (DLI)**

Dear Judge Irizarry:

I am Rob Pisani's friend and have known him for more than 25 years. I am a retired NYPD Sergeant now residing in the state of North Carolina. I would like to tell you of the Rob Pisani I know and have come to admire over the course of the last few decades. Rob has always been there to help when asked, be it providing uniforms, sponsorships and league fees for local youth sports programs for boys who would otherwise be getting into trouble on the streets of Queens. Rob always said "yes, how can I help, what do you need". He never turned anyone away who needed a helping hand. Rob was also fundamental in helping create a yearly fundraiser for children afflicted with the genetic disorder called SMA, or Spinal Muscular Atrophy. Rob opened the doors of his establishments, provided food, workers and whatever else was asked of him. Because of Rob's generosity and kindness, the fundraiser was always a success. Rob was also instrumental in being there for the community of Broad Channel after it was devastated by two Hurricanes in the past decade. Rob was the first help others and to rebuild his business, giving the community a sign that normalcy had returned to their damaged lives. Rob was there when local families suffered a loss of a wife, a husband or a child by providing comfort and whatever was asked of him in regards to supplying food for the families and loved ones who were struggling. I am glad I have had a relationship with Rob over these past years and I know the community of Broad Channel is happy Rob has been a member of the community who always gave a helping hand to those in need. I am asking you to take into account Rob's service to the community and show him leniency while rendering your decision. I thank you for considering this letter.

Respectfully,
Martin J. Robinson

To whom it may concern,

My name is Steve Scibilia, and I am a friend of Rob Pisani.  I have known Rob for over twenty years.  Initially, our relationship was purely business, beginning when Rob opened up his deli.  I, myself, have been supplying stores for thirty years, and have met some really great people along the way, establishing great business relationships.  I immediately considered Rob a part of those "great business relationships," but throughout the years our relationship evolved even further.  Rob became more than just a customer to me; he became a great friend.  This man is the kind of person that would go completely out of his way to help someone; he is very loyal, honest, and caring.

I would like to share an exemplary story with the court.  As most of you probably know, back in October of 2012, New York was hit with a perfect storm -- Hurricane Sandy.  The Howard Beach, Broad Channel, and Rockaway areas all experienced *epic* devastation.  For Rob and his family, the storm had a tremendous impact, as Rob's place of business had experienced extreme damage.  Now, most people (understandably so) when faced with the realities Rob had to face would crumble under pressure… but not Rob.  He gained my ultimate respect in the way he handled this incredibly historic, life changing devastation.  Rob stepped up to the plate and managed to keep his store open, in spite of the damage.  He acted selflessly, and did everything he could for first responders, FEMA personnel, his community, and everyone else who may have needed help.  His reaction during this tough time was an incredible display of his great character.

Rob had been faced with major emotional and financial burdens due to unforeseen and uncontrollable events, yet he put his own needs last and prioritized the needs of others, becoming a center of comfort for the people around him.  He provided food, hot beverages, and a place for responders to simply take a breath.  We shipped him supplies on a daily basis, as this went on for weeks.  Rob Pisani is a good husband, father, brother, son, and friend; a man of great character.  That being said, I ask the court for leniency, and I thank you for taking the time to consider my letter.


Respectfully,

Steve Scibilia