**THE FORUM NEWSPAPER**
*Get InFORUMED*

155-19 Lahn Street
Howard Beach,
New York 11414
718-845-3221
www.theforumnewsgroup.com

May 14, 2017

Justice Irizarry,

I am writing this letter to you regarding the character of Robert Pisani.

In my capacity as the publisher of The Forum newspaper for over twenty five years, I have established long-term relationships with many residents and business owners who comprise our readership.

I have known Rob Pisani for more than fifteen years. During that time I have been witness to his many contributions to the community. Whether it has been a church or school project, fund raising efforts for people in the community with troubled circumstances or on a host of other occasions, Rob has always been a man who goes above and beyond with such requests. He has been featured, much to his chagrin, in The Forum on multiple occasions, both in articles and stand alone photos which recognize his various efforts to improve the quality of life throughout the community.

With reference to what I know of his character, I can say I definitively know him to be an honorable man who often puts himself far behind others, especially those in need of assistance. With consideration of his present circumstances I can tell you only that what I know to be true about Rob eliminates the possibility of the purported allegations.

I implore you to consider what I presume will be a multitude of reference letters submitted on his behalf and recognize this current situation as one that has been totally misrepresented. In addition to the fact that Rob has owned and operated more than a dozen different enterprises over the years, employing hundreds of community residents, (I estimate at least 75% of whom were young women) and there has never been any allegation of inappropriate behavior, I have personally asked Mr. Pisani to employ several young ladies needing help with extra money while going to school, in several of his establishments over the years. Each and every one of them have, on more than one occasion, both thanked me and spoken to me about Rob in nothing but the highest regard.

I have had the personal opportunity to observe his treatment of staff members and have always found it worthy of imitation in my own business interests.

In my years of holding a position that often leads people to me for letters of this nature, I want you to know that I refrain from writing them 90% of the time. But writing this letter was a task that required no thought or debate on my part. I can say without any hesitation that Rob is a good, smart man, a wonderful father, a faithful husband and a supportive and unselfish friend.

When my granddaughter reaches the point where she wants to work while she is in school, I can only hope that Rob Pisani has an opening at his business, because I will entrust the most precious thing in my life to be under his wing and safe under his watch in any circumstance.

Sincerely,
Patricia Adams